03-02050(GAC)

BAR DATE 07/07/03

DISTRIBUTION: 10%

INSULATION SALES & SERVICE
URED CLAIMS PAYMENT SCH

● Option Button 1

**CREDITOR**

ISRAEL VELEZ
J & W MUFFLER
JAMES LUGO MEDINA
JAMES OLIVER
JANET RODRIGUEZ CARDONA
JAVIER SEDA RAMOS
JEFFERY OLIVER
JESUS QUIRINDONGO
JOHNNY RIVERA
JORGE PEÑA ACEVEDO
JOSE A VELAZQUEZ
JOSE ALBINO
JOSE FELICIANO
JOSE L. ALBINO
JOSE O. PACHECO VARGAS
JOSE PEREZ JUSTINIANO
JOSE PEREZ RODRIGUEZ
JOSE RAMOS LUGO
JOSEPH BROCCO
JUAN C. ARROYO
JUAN FCO. FIGUEROA
JUAN GONZALEZ
JUAN H. LOPEZ
JUAN JOSE DIAZ
LA CASA DE LAS ESCALERAS
LA ELECTRICAL
LUIS E. ALVARADO NEGRON
LUIS E. RODRIGUEZ
LUIS R. GARCIA GALARZA
LUIS T. GARCIA
MANFREDY, CALES & CO
MARCUS CORPORATION
MARTINEZ PIEZAS & ACCESORIOS
MIGUEL DAVILA
MILTON TELLADO VERA
NANCY GONZALEZ
NATIVIDAD COLON RODRIGUEZ
NEGRON & NEGRON AIR CONDITIONING
NORTHERN SAFETY COMPANY, INC.
PEDRO JUAN TORRES
PEDRO MORALES MALDONADO
PRIMUS TELECOMMUNICATION
PROSHACADEMY
PUERTO RICO AUTO SUPPLY
RACO EXTERMINATING SERVICE
RAFPS
RAMON SANTIAGO
RIMCO, INC.
ROBERTO FIGUEROA
RUBBER & INDUSTRIAL SUPPLIES
SERVICIO DE GRUAS CARLY
SHANNON SCHELP
SUR COPY & FAX SERVICE
TISCHER & CO. INC.
TORRES INTERNATIONAL

**03-02050(GAC)**

**INSULATION SALES & SERVICE**
**UNSECURED CLAIMS PAYMENT SCH**

BAR DATE    **07/07/03**

DISTRIBUTION:    10%

          ● Option Button

          **LESS**
          **THAN**
          **$5,000**

**CREDITOR**
TURABO TESTING, INC.
TWP, INC.
VIA CAR RENTAL
VICTOR DONATO RIVERA
VILLA ROSA TEXACO
VIVES EQUIPMENT RENTAL
WENDELL FRANCESCHI
WILFREDO VEGA LUGO
WILLIE LEON
WINOC ROBLES LEDEY
ZEE MEDICAL SERVICE CORP



INVOICE NO. COMMENT          AMOUNT    DISCOUNT    NET 042706
11/07/06 001                  5.00       .00          5.00

REORGANIZATION PLAN
APROVRED PAYMENT

11/07/06   00-ALC101   ALCHEM LABORATORY, INC          CHK TOTAL:   5.00

---

J.R. ◯ Insulation Sales & Service          ACCOUNTS PAYABLE    ☐ BANCO POPULAR    NO. 042706
DRP-0302060
P.O. BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

Pay   *FIVE DOLLARS AND NO CENTS

                                                    DATE          AMOUNT
                                                  11/07/06   *********5.00*

TO
THE
ORDER   ALCHEM LABORATORY, INC
OF      P.O.  359
        Mercedita          PR 00715

REORGANIZATION PLAN APPROVED PAYMENT

#042706# #0215020116 124#0296 25#



Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39⁰
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

ALCHEM LABORATORY, INC.
PO BOX 359
MERCEDITA  PR  00715



| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|
| 11/07/06 001 | 12.77 | .00 | 12.77 |

042707

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06 00-AMA101 AMATEX CORPORATION CHK TOTAL: 12.77

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R. Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO 042707

Pay *TWELVE DOLLARS AND 77 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ********12.77* |

TO THE ORDER OF
AMATEX CORPORATION
BOX 228
NORRISTOWN PA 19404

REORGANIZATION PLAN APPROVED PAYMENT

AUTHORIZED SIGNATURE

⑈042707⑈ ⑆021502011⑆ 124⑉029825⑈

J.R. Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $000.39
0004591149 NOV 09 200
MAILED FROM ZIP CODE 0062

AMATEX CORP
PO BOX 228
NORRISTOWN, PA 09404

| INVOICE NO | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
| --- | --- | --- | --- | --- |
| 11/07/06 001 | | 404.00 | .00 | 404.00 |

042709

REORGANIZATION PLAN APPROVED PAYMEND

11/07/06 00-BAR101 BARCELONETA RENTAL CHK TOTAL: 404.00

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R. Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO. 042709

Pay *FOUR HUNDRED FOUR DOLLARS AND NO CENTS

| DATE | AMOUNT |
| --- | --- |
| 11/07/06 | *******404.00* |

TO THE ORDER OF
BARCELONETA RENTAL
URB. CENON
#1
Barceloneta PR 00617

REORGANIZATION PLA APPROVED PAYMENT

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈042709⑈ ⑆021502011⑆ 124⑈029825⑈

Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $000.39⁰
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

BARCELONETA RENTAL
CARR NO. 2 KM 55.7
URB ZENO BUZON #1
BARCELONETA PR 00617

| INVOICE NO | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
| --- | --- | --- | --- | --- |
| 11/07/06 001 | | 12.28 | .00 | 12.28 |

042710

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06 00-BER028 BERMUDEZ & LONGO, INC. CHK TOTAL: 12.28

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R. Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO. 042710

Pay *TWELVE DOLLARS AND 28 CENTS

| DATE | AMOUNT |
| --- | --- |
| 11/07/06 | *********12.28* |

TO THE ORDER OF
BERMUDEZ & LONGO, INC.
P.O. BOX 1213
HATO REY PR 00919

REORGANIZATION PLAN APPROVED PAYMENT

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈042710⑈ ⑆021502011⑆ 124⑈029825⑈

Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $000.39⁰
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

BERMUDEZ & LONGO
PO BOX 1213
SAN JUAN PR 00919

042711

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|
| 11/07/06 001 | 34.80 | .00 | 34.80 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06 00-CAR003 CARIBBEAN MEDICAL TESTING CHK TOTAL: 34.80

J.R. Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO 042711

Pay *THIRTY FOUR DOLLARS AND 80 CENTS

DATE 11/07/06

AMOUNT ********34.80*

TO THE ORDER OF
CARIBBEAN MEDICAL TESTING
P.O. BOX 2071
HATO REY, P.R. 00919
REORGANIZATION PLAN APPROVED PR PAYMENT

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈042711⑈ ⑆021502011⑆ 124⑉029825⑈

Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $000.39⁰
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

CARIBBEAN MEDICAL TESTING
PO BOX 2071
SAN JUAN PR 00919

J.R. Insulation Sales & Service DIP-0302050

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|
| 11/07/06 001 | 102.89 | .00 | 102.89 |

042712

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06 00-CAR078 CARIBBEAN WELL & PUMP SERVICES CHK TOTAL: 102.89

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R. Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO. 042712

101-203
215

Pay *ONE HUNDRED TWO DOLLARS AND 89 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******102.89* |

TO THE ORDER OF
CARIBBEAN WELL & PUMP SERVICES
FIRM DELIVERY
PONCE PR 00731-7697

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042712⑈ ⑆021502011⑆ 124⑈029825⑈

Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $000.39⁰
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

CARIBBEAN WELL & PUMP SERVICES
FIRM DELIVERY
PONCE PR 00731-7697

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
| --- | --- | --- | --- |
| 11/07/06 001 | 37.20 | .00 | 37.20 |

042713

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06 00-CAR114 CARIBE FIRE PROTECTION, INC CHK TOTAL: 37.20

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R. Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO 042713

Pay *THIRTY SEVEN DOLLARS AND 20 CENTS

DATE 11/07/06

AMOUNT ********37.20*

TO THE ORDER OF CARIBE FIRE PROTECTION, INC

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042713⑈ ⑆021502011⑆ 124⑉029825⑈

Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $000.39⁰
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

CARIBE FIRE PROTECTION INC
PO BOX 561398
GUAYANILLA PR 00656-1398

042714

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|
| 11/07/06 0001 | 53.00 | .00 | 53.00 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06 00-CAS102 CASCO SALES, INC. CHK TOTAL: 53.00

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R. Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO 042714

Pay *FIFTY THREE DOLLARS AND NO CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ********53.00* |

TO THE ORDER OF
CASCO SALES, INC.
P.O. BOX 366279
SAN JUAN PR 00936-6279

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042714⑈ ⑆021502011⑆ 124⑈029825⑈

Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $000.39⁰
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

CASCO SALES INC
PO BOX 366279
SAN JUAN PR 00936-6279

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|
| 11/07/06 0001 | 78.80 | .00 | 78.80 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06 00-CEI101 CENTRAL INSULATION CHK TOTAL: 78.80

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R. Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

101-201
215

NO. 042715

Pay *SEVENTY EIGHT DOLLARS AND 80 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ********78.80* |

TO THE ORDER OF
CENTRAL INSULATION
PMB 275 BOX 2020
Barceloneta PR 00617

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042715⑈ ⑆021502011⑆ 124⑉029825⑈

Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $000.39⁰
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

CENTRAL INSULATION
PO BOX 2020 PMB 275
BARCELONETA PR 00617

| 11/07/06 001 | INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET |
|---|---|---|---|---|
| | | 12.60 | .00 | 12.60 |

042718

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06 00-COR103 CORNERSTONE COMPLIANCE COMPANY CHK TOTAL: 12.60

J.R. Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO. 042718

Pay *TWELVE DOLLARS AND 60 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ********12.60* |

TO THE ORDER OF
CORNERSTONE COMPLIANCE COMPANY
427 PEYTON STREET
GENEVA IL 60134-2144

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042718⑈ ⑆021502011⑆ 124⑈029825⑈

Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

CORNERSTONE COMPLIANCE CO.
427 PEYTON STREET
GENEVA IL 601342144

INVOICE NO COMMENT
11/07/06 0001

AMOUNT.- 287.94    DISCOUNT .00    NET 042720 287.94

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-CUB007    CUBAN TIRE CENTER

CHK TOTAL: 287.94

---

J.R.   Insulation Sales & Service
DIP-03020090
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO. 042720

Pay   *TWO HUNDRED EIGHTY SEVEN DOLLARS AND 94 CENTS

DATE 11/07/06    AMOUNT *******287.94*

TO THE ORDER OF
CUBAN TIRE CENTER
APARTADO 840 TALLABOA
PEÑUELAS    PR 00624

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042720⑆ ⑈021502011⑈ 124⑈0298825⑆

---



Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02 1P
0004591149  NOV 08 2006
MAILED FROM ZIP CODE 00624

CUBAN TIRE CENTER
PO BOX 840
PEÑUELAS  PR  00624

```
            INVOICE NO COMMENT                    AMOUNT    DISCOUNT    NET  042721
11/07/06  0001                                     14.79      .00       14.79


        REORGANIZATION PLAN APPROVED PAYMENT




11/07/06   00-DAY101   DAY-TIMERS, INC.                    CHK TOTAL:     14.79
```

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU, MICR AND ARABIC NUMBERS

**J.R.  Insulation Sales & Service**    ACCOUNTS PAYABLE       BANCO POPULAR            NO. 042721
DIP-0302050                                                    Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                                   Peñuelas, Puerto Rico
TELS. (787) 836-1755 / 836-1220

Pay   *FOURTEEN DOLLARS AND 79 CENTS



|          |          |
|----------|----------|
| DATE     | AMOUNT   |
| 11/07/06 | ********14.79* |

TO
THE
ORDER    DAY-TIMERS, INC.
OF       P.O. BOX 27001
         LEHIGH VALLEY       PA 18002-7001



AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

```
"042721"  :02150 2011:  124=0298 25"
```

---

**Insulation Sales & Service**
Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

DAY-TIMERS INC
PO BOX 27001
LAHIGH VALLEY PA 18002-7001



INVOICE NO COMMENT                    AMOUNT    DISCOUNT    NET 042722
11/07/06 001                          145.00       .00        145.00

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-DIN102   DIN ELECTRICAL CONTRACTOR, INC   CHK TOTAL:   145.00

---

J.R. ◯ **Insulation Sales & Service**                 ACCOUNTS PAYABLE         ▣ **BANCO POPULAR**          NO. 042722
DIP-0302050                                                                    Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                                                   Peñuelas, Puerto Rico
TELS. (787) 836-1755 / 836-1220

Pay    *ONE HUNDRED FORTY FIVE DOLLARS AND NO CENTS

                                                    DATE            AMOUNT
                                                   11/07/06      *******145.00*

TO
THE    DIN ELECTRICAL CONTRACTOR, INC
ORDER  CALL BOX 2020 SUITE 254
OF     Barceloneta          PR 00617                      Jose E. R          AP
                                                   AUTHORIZED SIGNATURE
                                                                            AP
                                                   AUTHORIZED SIGNATURE
       REORGANIZATION PLAN APPROVED PAYMENT

       ⑈042722⑈ ⑈021502011⑈ 124⑈029825⑈

---

◯ **Insulation Sales & Service**

Thermal Ins. / Acid Bricks / Refractories
Gunting / Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

DIN ELECTRIAL CONTRACTORS, INC.
PO BOX 2020 SUITE 254
BARCELONETA  PR  00617

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET |
|---|---|---|---|
| 11/07/06 001 | 122.63 | .00 | 122.63 |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-DRCCOR | DRC CORPORATION | CHK TOTAL: | 122.63 |



WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R. Insulation Sales & Service    ACCOUNTS PAYABLE    BANCO POPULAR    NO. 042723

DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1734 / 836-1220

Pay    *ONE HUNDRED TWENTY TWO DOLLARS AND 63 CENTS

DATE    AMOUNT
11/07/06    *******122.63*

TO THE ORDER OF    DRC CORPORATION
1608 PONCE DE LEON AVENUE
SANTURCE         PR 00909

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042723⑈ ⑆021502011⑆ 124-0298825⑈

Insulation Sales & Service

Thermal Ins. / Acid Bricks / Refractories
Guniting / Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

DRC CORPORATION
1608 PONCE DE LEON AVE.
SAN JUAN PR 00909



INVOICE NO COMMENT
11/07/06 001

| | AMOUNT | DISCOUNT | NET |
|---|---|---|---|
| | 350.00 | .00 | 350.00 |

NO. 042724

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-ERCS101   ENVIRONMENTAL REGULATORY        CHK TOTAL:        350.00

J.R.   Insulation Sales & Service          ACCOUNTS PAYABLE     BANCO POPULAR        NO. 042724
DIP-0300000                                                   Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                                  Peñuelas, Puerto Rico
TELS (787) 836-1758 / 836-1220

Pay   *THREE HUNDRED FIFTY DOLLARS AND NO CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******350.00* |

TO THE ORDER OF

ENVIRONMENTAL   REGULATORY
COMPLIANCE SERVICES
P.O. BOX 560450
GUAYANILLA          PR 00656-0450
REORGANIZATION PLAN APPROVED PAYMENT

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈042724⑈ ⑆021502011⑆ 124⑈029825⑈

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

ENVIRONMENTAL REGULAROTY COMP.
SERV.
PO BOX 560450
GUAYANILLA  PR 00656-0450

Octubre 07, 2006.

GEDALIAS DONATO
REORGANIZATION PLAN APPROVED PAYMENT

TOTAL TO PAID...............$75.50

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

| J.R. | Insulation Sales & Service | ACCOUNTS PAYABLE | BANCO POPULAR | NO. 042832 |
| --- | --- | --- | --- | --- |

DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

Peñuelas Branch
Peñuelas, Puerto Rico

101-201
215

Pay ***********SEVENTY FIVE DOLLARS AND 50 CENTS

| DATE | AMOUNT |
| --- | --- |
| 10-07-06 | ******$75.50 |

TO
THE
ORDER
OF

GEDALIAS DONATO

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

AUTHORIZED SIGNATURE

⑈042832⑈ ⑆021502011⑈ 124⑈0298025⑈

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39°
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE00624

GEDALIAS DONATO
QUEBRADA SECA
BZN 6235 CL 15
CEIBA PR 00635

Octubre 07, 2006.                                                           042831

JAVIER SEDA RAMOS
REORGANIZATION PLAN APPROVED PAYMENT

                    Toal to Paid...................$278.31

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS.

J.R.  **Insulation Sales & Service**          ACCOUNTS PAYABLE      🏦 **BANCO POPULAR**              NO▶ 042831
                          DIP-0302050                                              Peñuelas Branch                         102-267
                   PO BOX 10490 PONCE, PR 00732                                  Peñuelas, Puerto Rico                      215
                   TELS. (787) 836-1756 / 836-1220

Pay **************Two Hundred Seventy Eight Dollars and 31 Cents

                                                              ┌──────────┬──────────┐
                                                              │   DATE   │  AMOUNT  │
     ┌                                        ┐               ├──────────┼──────────┤
                                                              │ 10-07-06 │*******$278.31│
TO                                                            └──────────┴──────────┘
THE
ORDER     JAVIER SEDA RAMOS                                                                      MP
OF
                                                              
                                                              AUTHORIZED SIGNATURE
     └                                        ┘                                                  MP
                                                              AUTHORIZED SIGNATURE

       REORGANIZATION PLAN APPROVED PAYMENT

              ⑈042831⑈ ⑆021502011⑆ 124⑈029825⑈

---

 **Insulation Sales & Service**

                   Thermal Ins./Acid Bricks/Refractories
                   Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

                                                         UNITED STATES POSTAGE
                                                                                    PITNEY BOWES
                                                         $000.39°
                                                    02 1P
                                                    0004591149  NOV 09 2006
                                                    MAILED FROM ZIP CODE 00624


                              JAVIER SEDA RAMOS
                              HC 02 BOX 6030
                              LARES  PR 00669



| INVOICE | NO | COMMENT | | AMOUNT | DISCOUNT | NET | 042825 |
|---------|-----|---------|---|--------|----------|-----|--------|
| 11/07/06 | 1 | | | 1.92 | .00 | 1.92 | |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-WEN102 | WENDELL FRANCESCHI | CHK TOTAL: | 1.92 |

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING DESIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND MIABIC NUMBERS

J.R. ○ **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1758 / 836-1220

ACCOUNTS PAYABLE

☑ **BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

NO⊙ 042825

Pay   *ONE DOLLAR AND 92 CENTS

| DATE | AMOUNT |
|------|--------|
| 11/07/06 | *********1.92* |

TO THE ORDER OF   WENDELL FRANCESCHI



REORGANIZATION PLAN APPROVED PAYMENT

⑆042825⑆ ⑆021502011⑆ 124-029825⑆

---

○ **Insulation Sales & Service**
Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39⁰
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

WENDELL FRANCESCHI
HC 01 BOX 12594
PEÑUELAS, PR 00624



| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET 042824 |
|---|---|---|---|
| 11/07/06  1 | 12.87 | .00 | 12.87 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-VDR101    VICTOR DONATO RIVERA          CHK TOTAL:    12.87

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU, VIOP AND ARABIC NUMBERS

**J.R.**  **Insulation Sales & Service**          ACCOUNTS PAYABLE        **BANCO POPULAR**          NO. 042824
DIP-0302050                                                                 Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                                                Peñuelas, Puerto Rico
TELS. (787) 836-1756 / 836-1220

Pay    *TWELVE DOLLARS AND 87 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ********12.87* |

TO
THE
ORDER    VICTOR DONATO RIVERA
OF

REORGANIZATION PLAN APPROVED PAYMENT

⑂042824⑂ ⑊021502011⑊ 124⑊029825⑊

---

 **I**nsulation **S**ales & **Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39
PITNEY BOWES
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

VICTOR DONATO RIVERA
ALTAMIRA
CALLE 10 D-25
FAJARDO  PR 00736

INVOICE NO COMMENT                    AMOUNT    DISCOUNT    NET 042822
11/07/06  1                           192.50        .00        192.50

          REORGANIZATION PLAN APPROVED PAYMENT


11/07/06   00-SHS101   SHANNON SCHELP              CHK TOTAL:    192.50

---

J.R.   Insulation Sales & Service        ACCOUNTS PAYABLE    ⊞ BANCO POPULAR        NO. 042822
       OIP-0302050                                             Peñuelas Branch
       P.O. BOX 10490 PONCE, PR 00732                          Peñuelas, Puerto Rico
       TELS. (787) 836-1758 / 836-1220

Pay    *ONE HUNDRED NINETY TWO DOLLARS AND 50 CENTS

                                         DATE            AMOUNT
                                         11/07/06      *******192.50*
       ┌                          ┐
TO
THE
ORDER  SHANNON SCHELP
OF     1112 MILLSTONE ROAD
       APARTMENT 26
       ABERDEEN            OH 45101
       └                          ┘
       REORGANIZATION PLAN APPROVED PAYMENT

       ⑈042822⑈ ⑆0215020⑈⑈ ⑈24⑈029825⑈

---

◯ Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39°
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

SHANNON SCHELP
70 HIGHLAND HOLLOW APT. 84
MAYSVILLE, KY 41056



INVOICE NO COMMENT      AMOUNT   DISCOUNT   NET 042821

11/07/06 1              4.19      .00      4.19

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-2ROB101   ROBERTO FIGUEROA       CHK TOTAL:     4.19

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND MAGIC NUMBERS

J.R.   Insulation Sales & Service     ACCOUNTS PAYABLE     BANCO POPULAR    NO. 042821

DIP-0302050               Peñuelas Branch      101-285

PO BOX 10490 PONCE, PR 00732        Peñuelas, Puerto Rico    215

TELS. (787) 836-1756 / 836-1220

Pay   *FOUR DOLLARS AND 19 CENTS

                         DATE       AMOUNT

                         11/07/06    *********4.19*

TO THE ORDER OF    ROBERTO FIGUEROA

                                  AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042821⑈ ⑆021502011⑈ 124⑈0298225⑈

---

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories

Gunning/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE   PITNEY BOWES

02 1P     $000.39°

0004591149   NOV 09 2006

MAILED FROM ZIP CODE 00624

ROBERTO FIGUEROA BATISTA

HC 01 BOX 11675

PEÑUELAS PR 00624

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-ZRS012    RAMON L. SANTIAGO              CHK TOTAL:    45.74

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

| J.R. | Insulation Sales & Service | ACCOUNTS PAYABLE | BANCO POPULAR | NO. 042820 |
|---|---|---|---|---|

DIP-0302060
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

Peñuelas Branch
Peñuelas, Puerto Rico

Pay    *FORTY FIVE DOLLARS AND 74 CENTS

DATE          AMOUNT
11/07/06      *******45.74*

TO
THE
ORDER    RAMON L. SANTIAGO
OF

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

AUTHORIZED SIGNATURE

⑆04 28 20⑆ ⑈0 2 150 20 11⑈ 1 24 0 298 25⑆

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
PITNEY BOWES
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

RAMON SANTIAGO
HC 01 BOX 13290
PEÑUELAS, PR 00624



INVOICE NO COMMENT · · · AMOUNT · DISCOUNT · NET 042819
11/07/06 1                        299.90        .00      299.90

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-PMM100   PEDRO J. MORALES MALDONADO      CHK TOTAL:   299.90

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING OR SIGNATURE LINE, SAFETY PAPER AND BLEED THRU BACK AND HRABIC NUMBERS.

J.R. ⃝  **Insulation Sales & Service**          ACCOUNTS PAYABLE   🅱 BANCO POPULAR      NO. 042819
        DIP-0302050                                            Peñuelas Branch
        PO BOX 10490 PONCE, PR 00732                          Peñuelas, Puerto Rico       133-321
        TELS. (787) 836-1756 / 836-1220                                                    219

Pay   *TWO HUNDRED NINETY NINE DOLLARS AND 90 CENTS

                                              DATE            AMOUNT
                                            11/07/06      *******299.90*
TO
THE
ORDER   PEDRO J. MORALES MALDONADO
OF
                                                     _AUTHORIZED SIGNATURE_

        REORGANIZATION PLAN APPROVED PAYMENT           _AUTHORIZED SIGNATURE_

        ⑈042819⑈ ⑉021502011⑈ 124⑈0298 25⑈

⃝ Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Gunniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00824

PEDRO MORALES MALDONADO
BOX 7846
PERLA DEL SUR
PONCE PR 00732

INVOICE NO COMMENT                                AMOUNT    DISCOUNT    NET 042818
11/07/06 1                                         12.43        .00        12.43

                  REORGANIZATION PLAN APPROVED PAYMENT


11/07/06    00-PJT101    PEDRO JUAN TORRES              CHK TOTAL:       12.43

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU/ MICR AND ARABIC NUMBERS

J.R. ◯ **Insulation Sales & Service**          ACCOUNTS PAYABLE    **B BANCO POPULAR**        **NO.** 042818
              DIP-0302090                                          Peñuelas Branch
         PO BOX 10490 PONCE, PR 00732                              Peñuelas, Puerto Rico
         TELS. (787) 836-1756 / 836-1220

Pay      *TWELVE DOLLARS AND 43 CENTS*

                                                          DATE          AMOUNT
                                                        11/07/06      *******12.43*

TO
THE
ORDER    PEDRO JUAN TORRES
OF                                                                                    IP
                                                              AUTHORIZED SIGNATURE
         REORGANIZATION PLAN APPROVED PAYMENT                                         IP
                                                              AUTHORIZED SIGNATURE

        ⑈04 28 18⑈  ⑈02 150 20 11⑈  124⑈0 298 25⑈


──────────────────────────────────────────────

◯ **Insulation Sales & Service**

         Thermal Ins./Acid Bricks/Refractories
         Guniting/ Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

                                        UNITED STATES POSTAGE
                                        $000.39⁰
                                        02  1P   PITNEY BOWES
                                        0004591149  NOV 09 2006
                                        MAILED FROM ZIP CODE 00624


                     PEDRO J TORRES
                     RUTA 2 BUZON 542
                     PEÑUELAS PR 00624

```
            INVOICE NO COMMENT                    AMOUNT   DISCOUNT   NET  042817
11/07/06  1                                         7.50       .00        7.50

          REORGANIZATION PLAN APPROVED PAYMENT




11/07/06   00-ZNC036   NATIVIDAD COLON                  CHK TOTAL:      7.50
```

---

WARNING: ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU, BACK AND ERASE NUMBERS

| J.R. ⊙ Insulation Sales & Service | ACCOUNTS PAYABLE | ☐ BANCO POPULAR | NO. 042817 |
|---|---|---|---|

DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

Peñuelas Branch
Peñuelas, Puerto Rico

101-201
319

Pay    *SEVEN DOLLARS AND 50 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *********7.50* |

TO
THE
ORDER
OF      NATIVIDAD COLON

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042817⑈ ⑆021502011⑆ 124⑉0298 25⑈

---

⊙ Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39°
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

NATIVIDAD COLON
HC 63 BOX 3377
PATILLAS PR 00723-9651

```
           INVOICE NO COMMENT                    AMOUNT    DISCOUNT   NET 042816
11/07/06 1                                        85.32        .00        85.32

        REORGANIZATION PLAN APPROVED PAYMENT




11/07/06  00-NAG101   NANCY GONZALEZ                      CHK TOTAL:     85.32
```

| | |
|---|---|
| WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS | **NO** 042816 |

J.R. ◯ **Insulation Sales & Service**      ACCOUNTS PAYABLE      **BANCO POPULAR**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

Peñuelas Branch
Peñuelas, Puerto Rico

*Pay*   **EIGHTY FIVE DOLLARS AND 32 CENTS**

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ********85.32* |

TO
THE
ORDER
OF   **NANCY GONZALEZ**

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042816⑆ ⑆021502011⑆ 124⑈029825⑆

◯ Insulation **S**ales & **S**ervice
Thermal Ins. / Acid Bricks / Refractories
Guniting / Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

NANCY GONZALEZ
HC 02 BOX 5668
PEÑUELAS PR 00624

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET 042815 |
|---|---|---|---|
| 11/07/06  1 | .33 | .00 | .33 |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06   00-MIL103   MILTON TELLADO VERA | | CHK TOTAL: | .33 |



WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

**J.R.**   **Insulation Sales & Service**     ACCOUNTS PAYABLE
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

**NO.** 042815

Pay   *ZERO DOLLARS AND 33 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | **********.33* |

TO
THE
ORDER   MILTON TELLADO VERA
OF

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042815⑈ ⑉021502011⑈ 124⑈0298250⑈

---


Ⓞ **Insulation Sales & Service**
Thermal Ins. / Acid Bricks / Refractories
Guniting / Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732


UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

MILTON TELLADO
PO BOX 307
PEÑUELAS PR 00624

| INVOICE NO | COMMENT | | AMOUNT | DISCOUNT | NET |
|---|---|---|---|---|---|
| 11/07/06 1 | | | 156.20 | .00 | 156.20 |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-ZMD100 | MIGUEL DAVILA | CHK TOTAL: | 156.20 |

---

**J.R.** **Insulation Sales & Service**
DIP-0302090
PO BOX 10490 PONCE, PR 00732
TELS. (787) 636-1756 / 836-1220

ACCOUNTS PAYABLE

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

NO⯈ 042814

Pay     *ONE HUNDRED FIFTY SIX DOLLARS AND 20 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******156.20* |

TO
THE
ORDER
OF     MIGUEL DAVILA

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANZIATION PLAN APPROVED PAYMENT

⑈042814⑈ ⑆021502011⑆ 124⑈029825⑈

---

**Insulation Sales & Service**
Thermal ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $000.39
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

MIGUEL DAVILA
PARC. NUEVA 147
BUZON 3078
CEIBA PR 00735

| INVOICE NO COMMENT | | AMOUNT | DISCOUNT | NET | 042813 |
|---|---|---|---|---|---|
| 11/07/06 1 | | 16.30 | .00 | 16.30 | |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-LUI109 | LUIS T. GARCIA GALARZA | CHK TOTAL: | 16.30 |
|---|---|---|---|---|

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

**NO** 042813

ACCOUNTS PAYABLE

J.R. ◯ **Insulation Sales & Service**
DIP-0302060
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

🏦 **BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

Pay   *SIXTEEN DOLLARS AND 30 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ********16.30* |

TO
THE
ORDER
OF   LUIS T. GARCIA GALARZA

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042813⑈ ⑆0215020⑆ 124⑈029825⑈

---

◯ **Insulation Sales & Service**
Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39⁰
PITNEY BOWES
0004561149  NOV 09 2006
MAILED FROM ZIP CODE 00624

LUIS T. GARCIA
HC 02 BUZON 5799
PEÑUELAS PR 00624

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET 042812 |
|---|---|---|---|
| 11/07/06 1 | 12.55 | .00 | 12.55 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-LUR101    LUIS R. GARCIA GALARZA              CHK TOTAL:        12.55

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED-THRU MICR AND ARABIC NUMBERS

NO 042812

ACCOUNTS PAYABLE

**J.R.** ( ) **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

Pay    *TWELVE DOLLARS AND 55 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ********12.55* |

TO
THE
ORDER
OF    LUIS R. GARCIA GALARZA

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042812⑈ ⑆02150201⑈ 124⑈029825⑈

---

( ) **Insulation Sales & Service**
Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39°
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

LUIS R. GARCIA
HC 02 BUZON 5799
PEÑUELAS PR 00624

```
                INVOICE NO COMMENT               AMOUNT-    DISCOUNT     NET 040011
11/07/06  1                                       11.88        .00         11.88


             REORGANIZATION PLAN APPROVED PAYMENT


11/07/06   00-LUI028    LUIS E. RODRIGUEZ               CHK TOTAL:       11.88
```

| | | NO 042811 |
|---|---|---|
| J.R.  **Insulation Sales & Service** | ACCOUNTS PAYABLE | ⊞ **BANCO POPULAR** |
| DIP-0302050 | | Peñuelas Branch, |
| PO BOX 10490 PONCE, PR 00732 | | Peñuelas, Puerto Rico |
| TELS. (787) 836-1756 / 836-1220 | | 102-293 215 |

Pay   *ELEVEN DOLLARS AND 88 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *********11.88* |

TO
THE
ORDER
OF    LUIS E. RODRIGUEZ

_____ _AUTHORIZED SIGNATURE_

REORGANIZATION PLAN APPROVED PAYMENT

⑈04 28 1 1⑈ ⑆0 2 ⑈50 20 1 1⑆ ⑈24⑈0 298 25⑈

---

◯ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Gunniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39⁰
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

LUIS E. RODRIGUEZ
PO BOX 655
PATILLAS  PR  00723

| INVOICE NO | COMMENT | AMOUNT | DISCOUNT | NET 042810 |
|---|---|---|---|---|
| 11/07/06 1 | | 42.00 | .00 | 42.00 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-LEA101   LUIS E. ALVARADO NEGRON          CHK TOTAL:      42.00

---

**NO.** 042810

J.R. ○ **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1758 / 836-1220

ACCOUNTS PAYABLE

■ **BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

120-201
215

Pay      *FORTY TWO DOLLARS AND NO CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ********42.00* |

TO
THE
ORDER
OF      LUIS E. ALVARADO NEGRON

_AUTHORIZED SIGNATURE_

REORGANIZATION PLAN APPROVED PAYMENT

⑈042810⑈ ⑆02150 2011⑆ 124⑈0298 25⑈

---

○ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $000.39⁰
0004581149  NOV 09 2006
MAILED FROM ZIP CODE 00624

LUIS E. ALVARADO NEGRON
HC 01 BOX 9088
PEÑUELAS PR 00624

INVOICE NO COMMENT                      AMOUNT    DISCOUNT    NET 042809
11/07/06 1                               5.40        .00        5.40

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-LAE101   LA ELECTRICAL.              CHK TOTAL:   5.40

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

ACCOUNTS PAYABLE                    NO 042809

J.R.  Insulation Sales & Service      BANCO POPULAR       101-201
        DIP-0302050                   Peñuelas Branch        215
   PO BOX 10490 PONCE, PR 00732       Peñuelas, Puerto Rico
   TELS. (787) 836-1756 / 836-1220

Pay    *FIVE DOLLARS AND 40 CENTS

                                    DATE         AMOUNT
                                    11/07/06    *********5.40*

TO
THE   LA ELECTRICAL.
ORDER P.O. BOX 1625
OF    PONCE,            PR 00733-1625   

      REORGANIZATION PLAN APPROVED PAYMENT    AUTHORIZED SIGNATURE

     "042809" :02150201: 124=029825"

Insulation Sales & Service

   Thermal Ins./Acid Bricks/Refractories
   Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

LA ELECTRICAL
PO BOX 1625
PONCE  PR 00733-1625

INVOICE NO COMMENT                          AMOUNT    DISCOUNT    NET 042808
11/07/06  1                                     .50        .00        .50

          REORGANIZATION PLAN APPROVED PAYMENT


11/07/06   00-JJD101   JUAN JOSE DIAZ                    CHK TOTAL:       .50

---

|          | ACCOUNTS PAYABLE |  | NO. 042808 |
|----------|------------------|--|------------|

J.R.  Insulation Sales & Service          BANCO POPULAR
              DIP-0302050                  Peñuelas Branch
      PO BOX 10490 PONCE, PR 00732         Peñuelas, Puerto Rico
      TELS. (787) 836-1756 / 836-1220

Pay    *ZERO DOLLARS AND 50 CENTS

                                    DATE         AMOUNT
                                  11/07/06    **********.50*
TO
THE
ORDER
OF     JUAN JOSE DIAZ

          REORGANIZATION PLAN APPROVED PAYMENT

       #042808#  #0215020110#  124#029825#

---

  Insulation Sales & Service
  Thermal Ins./Acid Bricks/Refractories
  Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
                                                        PITNEY BOWES
                                                        $000.39°
                                              02  1P
                                              0004591149  NOV 09 2006
                                              MAILED FROM ZIP CODE 00624

          JUAN J. DIAZ
          HC 03 BOX 21379-1
          ARECIBO  PR 00612

| INVOICE NO | COMMENT | | | AMOUNT | DISCOUNT | NET | 042807 |
|---|---|---|---|---|---|---|---|
| 11/07/06 | 1 | | | 2.52 | .00 | 2.52 | |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-ZJH100    JUAN H. LOPEZ                    CHK TOTAL:    2.52

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

**J.R.**  ◯  **Insulation Sales & Service**        ACCOUNTS PAYABLE        **B BANCO POPULAR**        NO ▸ 042807
DIP-0302050                                                                                        Peñuelas Branch        121-253
PO BOX 10490 PONCE, PR 00732                                                                       Peñuelas, Puerto Rico        215
TELS. (787) 836-1756 / 836-1220

Pay    *TWO DOLLARS AND 52 CENTS

| | DATE | AMOUNT |
|---|---|---|
| | 11/07/06 | *********2.52* |

TO
THE
ORDER    JUAN H. LOPEZ
OF

_____  MP

AUTHORIZED SIGNATURE    MP

REORGANIZATION PLAN APPROVED PAYMENT

⑈042807⑈ ⑆021502011⑈ 124⑈0298825⑈

---

◯ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

JUAN H. LOPEZ
PO BOX 151
PEÑUELAS  PR  00624

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-ZJG101   JUAN GONZALEZ                  CHK TOTAL:    103.21

---

NO. 042806

J.R.  ○ **Insulation Sales & Service**          ACCOUNTS PAYABLE        🔲 **BANCO POPULAR**
                    DIP-0302050                                            Peñuelas Branch
          PO BOX 10490 PONCE, PR 00732                                    Peñuelas, Puerto Rico
          TELS. (787) 836-1756 / 836-1220

Pay    *ONE HUNDRED THREE DOLLARS AND 21 CENTS

                                                    DATE            AMOUNT
                                                  11/07/06      *******103.21*

TO
THE
ORDER    JUAN GONZALEZ
OF

REORGANIZATION PLAN APPROVED PAYMENT

⑈042806⑈ ⑉021502011⑈ 124⑊0298250⑈

---

○ **Insulation Sales & Service**                         UNITED STATES POSTAGE
      Thermal Ins./Acid Bricks/Refractories                   $000.39⁰
          Gunting/Asbestos Abatement                     0004561749  NOV 09 2006
P.O. BOX 10490, PONCE, P.R. 00732                        MAILED FROM ZIP CODE 00624

JUAN GONZALEZ
PO BOX 731
PEÑUELAS  PR  00624

| INVOICE NO | COMMENT | AMOUNT | DISCOUNT | NET 042805 |
|---|---|---|---|---|
| 11/07/06 1 | | 384.00 | .00 | 384.00 |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-ZJF017 | JUAN FCO. FIGUEROA | CHK TOTAL: | 384.00 |

---

WARNING: ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU, MICR AND ARABIC NUMBERS

NO 042805

ACCOUNTS PAYABLE

**J.R.** ◯ **Insulation Sales & Service**
DIP-0302060
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

◎ **BANCO POPULAR**
Pañuelas Branch
Pañuelas, Puerto Rico
101-201
216

Pay    *THREE HUNDRED EIGHTY FOUR DOLLARS AND NO CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******384.00* |

TO THE ORDER OF    JUAN FCO. FIGUEROA

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈04280 5⑈  ⑆02150 2011⑆  124⹀0298 25⑈

---

◯ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02 1P
0004691148 NOV 09 2006
MAILED FROM ZIP CODE 00624

JUAN F. FIGUEROA
HC 736 BUZON 3250
PATILLAS PR 00723

```
        INVOICE NO COMMENT                    AMOUNT   DISCOUNT   NET 042804
11/07/06  1                                    10.04      .00      10.04


        REORGANIZATION PLAN APPROVED PAYMENT




11/07/06   00-JCA101   JUAN C ARROYO              CHK TOTAL:    10.04
```

---

ACCOUNTS PAYABLE

**NO.** 042804

J.R. ◯ **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1758 / 836-1220

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

Pay    *TEN DOLLARS AND 4 CENTS

| DATE | AMOUNT |
|------|--------|
| 11/07/06 | ********10.04* |

TO
THE
ORDER
OF    JUAN C ARROYO

*AUTHORIZED SIGNATURE*

REORGANIZATION PLAN APPROVED PAYMENT

⑈042804⑈ ⑆021502011⑈ 124⑈029825⑈

---

◯ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39°
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

JUAN C. ARROYO
HC 02 BOX 4849
PEÑUELAS PR 00624

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET 042803 |
|---|---|---|---|
| 11/07/06 1 | 6.70 | .00 | 6.70 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-JRL101   JOSE RAMOS LUGO          CHK TOTAL:        6.70

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS.          NO. 042803

J.R. ◯ **Insulation Sales & Service**          ACCOUNTS PAYABLE          🔲 BANCO POPULAR
DIP-0302050                                                                          Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                                               Peñuelas, Puerto Rico
TELS. (787) 836-1756 / 836-1220

Pay     *SIX DOLLARS AND 70 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *********6.70* |

TO THE ORDER OF   JOSE RAMOS LUGO

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042803⑈ ⑈021502011⑈ 124⑈029825⑈

---

◯ Insulation **Sales** & **Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39⁵
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

JOSE RAMOS LUGO
ALTURAS DE PEÑUELAS
CALLE 1 J-11
PEÑUELAS PR 00624

```
        INVOICE NO COMMENT                      AMOUNT.   DISCOUNT   NET 042802
11/07/06 1                                       12.57        .00       12.57


        REORGANIZATION PLAN APPROVED PAYMENT




11/07/06   00-JPR101   JOSE PEREZ RODRIGUEZ               CHK TOTAL:      12.57
```

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU, MICR AND ANSBC NUMBERS

**J.R.** **Insulation Sales & Service**            ACCOUNTS PAYABLE      BANCO POPULAR          **NO** 042802
         DIP-0302050                                                     Peñuelas Branch
         PO BOX 10490 PONCE, PR 00732                                    Peñuelas, Puerto Rico
         TELS. (787) 836-1756 / 836-1220

Pay      *TWELVE DOLLARS AND 57 CENTS

                                                         | DATE     | AMOUNT      |
                                                         | 11/07/06 | ******12.57* |

TO
THE
ORDER   JOSE PEREZ RODRIGUEZ
OF


                                                         AUTHORIZED SIGNATURE

        REORGANIZATION PLAN APPROVED PAYMENT

        ⑈042802⑈ ⑆021502011⑆ 124⑈029825⑈

---

 Insulation **S**ales & **S**ervice
        Thermal Ins./Acid Bricks/Refractories
        Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
PITNEY BOWES
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

JOSE PEREZ RODRIGUEZ
HC - 01 BOX 8251
PEÑUELAS  PR  00624



```
        INVOICE NO COMMENT                    AMOUNT.   DISCOUNT   NET 042801
11/07/06  1                                    20.88      .00          20.88

         REORGANIZATION PLAN APPROVED PAYMENT
```

```
11/07/06   00-JPJ101    JOSE PEREZ JUSTINIANO          CHK TOTAL:      20.88
```

---

| J.R. | Insulation Sales & Service | ACCOUNTS PAYABLE | BANCO POPULAR | NO. 042801 |

DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

Peñuelas Branch
Peñuelas, Puerto Rico

Pay    *TWENTY DOLLARS AND 88 CENTS

|  | DATE | AMOUNT |
|---|---|---|
|  | 11/07/06 | *******20.88* |

TO
THE
ORDER
OF    JOSE PEREZ JUSTINIANO



AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042801⑆ ⑈021502011⑈ 124⑊0298250⑊

---



Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39°
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

JOSE PEREZ JUSTINIANO
URB. LA QUINTA
B4 - 170
SABANA GRANDE  PR  00637

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-ZJ0059    JOSE O. PACHECO VARGAS          CHK TOTAL:     7.78

---

| J.R. | Insulation Sales & Service | ACCOUNTS PAYABLE | BANCO POPULAR | NO. 042799 |

DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1758 / 836-1220

Peñuelas Branch
Peñuelas, Puerto Rico

Pay    *SEVEN DOLLARS AND 78 CENTS

| DATE | AMOUNT |
| 11/07/06 | *********7.78* |

TO
THE
ORDER    JOSE O. PACHECO VARGAS
OF



AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

*042799* *021502011* 124-029825*

---

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02   1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

JOSE O PACHECO VARGAS
HC 02 BUZON 5770
BO. SANTO DOMINGO
PEÑUELAS PR 00624

INVOICE NO COMMENT                          AMOUNT-      DISCOUNT    NET 042798
11/07/06 1                                   4.37            .00          4.37

        REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-JLA101    JOSE L. ALBINO                CHK TOTAL:      4.37

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND MAGIC NUMBERS

J.R. ○ Insulation Sales & Service        ACCOUNTS PAYABLE    🏦 BANCO POPULAR        NO 042798
              DIP-6302050                                       Peñuelas Branch        101-001
        PO BOX 10490 PONCE, PR 00732                            Peñuelas, Puerto Rico      215
        TELS. (787) 836-1756 / 836-1220

Pay    *FOUR DOLLARS AND 37 CENTS

                                                    DATE              AMOUNT
      ⌐                              ┐          11/07/06        **********4.37*
  TO
  THE
  ORDER   JOSE L. ALBINO                        
  OF
      ⌐                              ┘                          AUTHORIZED SIGNATURE

        REORGANIZATION PLAN APPROVED PAYMENT

            ⑆042798⑆ ⑈0 2 ⑆50 20 ⑆⑆⑈ ⑆ 2 4⑆ 0 298 25⑆

---

○ Insulation Sales & Service

        Thermal Ins./Acid Bricks/Refractories
        Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
22 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

        JOSE L. ALBINO RIVERA
        URB. ALTURAS DE PEÑUELAS 2
        CALLE 2 B-1
        PEÑUELAS PR 00624

INVOICE NO COMMENT                        AMOUNT.     DISCOUNT    NET 042797
11/07/06  1                                36.44          .00        36.44

         REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-ZJF058   JOSE FELICIANO              CHK TOTAL:      36.44

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R.   Insulation Sales & Service    ACCOUNTS PAYABLE    BANCO POPULAR        NO. 042797
              DIP-0302050                                Peñuelas Branch       121-003
       PO BOX 10490 PONCE, PR 00732                      Peñuelas, Puerto Rico   213
       TELS. (787) 836-1756 / 836-1220

Pay    *THIRTY SIX DOLLARS AND 44 CENTS

                                              DATE              AMOUNT
                                            11/07/06        ********36.44*
TO
THE
ORDER   JOSE FELICIANO
OF
                                        
                                              AUTHORIZED SIGNATURE

                                              AUTHORIZED SIGNATURE

       REORGANIZATION PLAN APPROVED PAYMENT

         *042797* *021502011* 124*0298 25*

Insulation Sales & Service

       Thermal Ins./Acid Bricks/Refractories
       Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

JOSE FELICIANO
HC 02 BUZON 5796
PEÑUELAS PR 00624



INVOICE NO COMMENT     AMOUNT   DISCOUNT   NET   042796
11/07/06 1       14.13     .00     14.13

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-JOS114    JOSE ALBINO         CHK TOTAL:     14.13

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND MISMIC NUMBERS

J.R.   **Insulation Sales & Service**     ACCOUNTS PAYABLE    BANCO POPULAR     NO. 042796
DIP-0302050                 Peñuelas Branch
PO BOX 10490 PONCE, PR 00732        Peñuelas, Puerto Rico
TELS. (787) 836-1756 / 836-1220

Pay   *FOURTEEN DOLLARS AND 13 CENTS

                            DATE      AMOUNT
                            11/07/06    ********14.13*

TO THE ORDER OF    JOSE ALBINO

                             _Jose E. R_    MP
                               AUTHORIZED SIGNATURE   MP

REORGANIZATION PLAN APPROVED PAYMENT

⑆042796⑆ ⑈021502011⑈ 124⑆029825⑈

○ **Insulation Sales & Service**
Thermal Ins./Acid Bricks/Refractories
Gunniting/Aabestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39*
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

JOSE ALBINO
URB ALTURAS DE PEÑUELAS 2
CALLE 2 B1
PEÑUELAS PR 00624

| INVOICE | NO COMMENT | AMOUNT | DISCOUNT | NET |
|---|---|---|---|---|
| 11/07/06 1 | | 3.61 | .00 | 3.61 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-ZJA021   JOSE A. VELAZQUEZ          CHK TOTAL:      3.61



WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

**J.R.**  **Insulation Sales & Service**            **ACCOUNTS PAYABLE**        BANCO POPULAR                    NO. 042795
DIP-0302050                                                          Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                                         Peñuelas, Puerto Rico
TELS. (787) 636-1756 / 636-1220

Pay   *THREE DOLLARS AND 61 CENTS

|  | DATE | AMOUNT |
|---|---|---|
|  | 11/07/06 | *********3.61* |

TO
THE
ORDER   JOSE A. VELAZQUEZ
OF

REORGANIZATION PLAN APPROVED PAYMENT

⑈042795⑈ ⑆021502011⑈ 124⑈029825⑈

 Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732



$000.39
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

JOSE A VELAZQUEZ MATOS
URB RIVERSIDE CALLE 2 C-7
PEÑUELAS  PR  00624



| INVOICE NO COMMENT | | AMOUNT | DISCOUNT | NET 042794 |
|---|---|---|---|---|
| 11/07/06 1 | | 1.94 | .00 | 1.94 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06  00-ZJP101  JORGE PENA        CHK TOTAL:        1.94

---

**ACCOUNTS PAYABLE**        **BANCO POPULAR**        NO. 042794
Peñuelas Branch
Peñuelas, Puerto Rico

J.R.  **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

Pay  *ONE DOLLAR AND 94 CENTS

DATE        AMOUNT
11/07/06    *********1.94*

TO
THE
ORDER
OF    JORGE PEÑA

REORGANIZATION PLAN APPROVED PAYMENT

⑆042794⑈ ⑈021502011⑈ 124⑆029825⑈

---



**Insulation Sales & Service**

Thermal Ins. / Acid Bricks / Refractories
Guniting / Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39⁰
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

JORGE PEÑA
HC 01 BOX 13348
PEÑUELAS PR 00624

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET 042793 |
|---|---|---|---|
| 11/07/06  1 | 124.15 | .00 | 124.15 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-ZJRI001   JOHNNY RIVERA        CHK TOTAL:        124.15

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU, MICR AND ARABIC NUMBERS

J.R. ◯ **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1758 / 836-1220

ACCOUNTS PAYABLE

◼ **BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

NO. 042793
021-002
215

Pay     *ONE HUNDRED TWENTY FOUR DOLLARS AND 15 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******124.15* |

TO
THE
ORDER
OF        JOHNNY RIVERA

_AUTHORIZED SIGNATURE_

REORGANIZATION PLAN APPROVED PAYMENT

⑈042793⑈ ⑆021502011⑆ 124⹀029825⑈

◯ **I**nsulation **S**ales & **S**ervice

Thermal Ins. /Acid Bricks /Refractories
Guniting /Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39⁰
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

JOHNNY RIVERA
HACIENDA LA MATILDE
CALLE SURCO 5448
PONCE  PR  00731

INVOICE NO COMMENT                          AMOUNT.-  DISCOUNT    NET 042792
11/07/06 1                                     8.75        .00          8.75

                    REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-JES022   JESUS QUIRINDONGO              CHK TOTAL:        8.75

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER, AND BLEED THRU MICR AND ARABIC NUMBERS

J.R.    Insulation Sales & Service      ACCOUNTS PAYABLE   BANCO POPULAR      NO. 042792
              DIP-0302050                                    Peñuelas Branch
        PO BOX 10490 PONCE, PR 00732                        Peñuelas, Puerto Rico       101-007
        TELS. (787) 836-1758 / 836-1220                                                 215

Pay    *EIGHT DOLLARS AND 75 CENTS

                                            DATE          AMOUNT
                                          11/07/06     *********8.75*
  TO
  THE
 ORDER   JESUS QUIRINDONGO
  OF
                                              AUTHORIZED SIGNATURE

       REORGANIZATION PLAN APPROVED PAYMENT
              "042792" "021502011" 124=0298 25"

Insulation Sales & Service

        Thermal Ins./Acid Bricks/Retractories
        Guniting/Asbestos Abatement
  P.O. BOX 10490, PONCE, P.R. 00732

                                        UNITED STATES POSTAGE
                                                          $000.39
                                             PITNEY BOWES
                                        02 1P
                                        0004591149  NOV 09 2006
                                        MAILED FROM ZIP CODE 00624

                    JESUS QUIRINDONGO
                    PO BOX 144
                    PEÑUELAS PR 00624

INVOICE NO COMMENT       AMOUNT   DISCOUNT    NET 042791
11/07/06 1                        50.43      .00      50.43

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-JEF101    JEFFERY OLIVER          CHK TOTAL:      50.43

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS.

**NO.** 042791

J.R.    **Insulation Sales & Service**      ACCOUNTS PAYABLE     **BANCO POPULAR**
DIP-0302050                                 Peñuelas Branch,
PO BOX 10490 PONCE, PR 00732                     Peñuelas, Puerto Rico
TELS. (787) 836-1756 / 836-1220

Pay    *FIFTY DOLLARS AND 43 CENTS

| DATE | AMOUNT |
|------|--------|
| 11/07/06 | ********50.43* |

TO
THE    JEFFERY OLIVER
ORDER    P.O. BOX 9105
OF     Humacao        PR 00792

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT          AUTHORIZED SIGNATURE

⑆042791⑆ ⑈021502011⑈ 124⑊029825⑈

---

**Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
PITNEY BOWES
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

JEFFERY OLIVER
PO BOX 9105
HUMACAO PR 00792

| INVOICE NO COMMENT | | AMOUNT | DISCOUNT | NET | 042789 |
|---|---|---|---|---|---|
| 11/07/06 1 | | 10.14 | .00 | 10.14 | |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-JAN101   JANET RODRIGUEZ CARDONA        CHK TOTAL:        10.14

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU IMGR AND ARABIC NUMBERS

NO. 042789

ACCOUNTS PAYABLE

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

J.R. ○ **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

Pay     *TEN DOLLARS AND 14 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ********10.14* |

TO THE ORDER OF     JANET RODRIGUEZ CARDONA

*AUTHORIZED SIGNATURE*

REORGANIZATION PLAN APPROVED PAYMENT

⑆042789⑆ ⑆021502011⑆ 124=029825⑆

---

○ Insulation **S**ales & **S**ervice

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39º
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

JANET RODRIGUEZ CARDONA
URB. PEÑUELAS VALLEY #10
CALLE MUÑOZ RIVERA #807 ALTOS
PEÑUELAS  PR  00624

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-JAM102 | JAMES OLIVER | CHK TOTAL: | 120.53 |
|---|---|---|---|---|

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

**NO** 042788

**J.R.** ○ **Insulation Sales & Service**
DIP-0302050
P.O. BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

**ACCOUNTS PAYABLE**

**BANCO POPULAR**
Pañuelas Branch
Pañuelas, Puerto Rico

322-220
215

Pay   *ONE HUNDRED TWENTY DOLLARS AND 53 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******120.53* |

TO
THE
ORDER
OF   JAMES OLIVER

_Jose E. R_
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

�semicolon042788⑥ ⑥0215020⑥⑥ ⑥24=029825⑥

---

○ **Insulation Sales & Service**
Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39°
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

JAMES OLIVER
HC 72 BOX 7262
CAYEY, PR 00736



INVOICE NO  COMMENT                        AMOUNT   DISCOUNT   NET 042787
11/07/06  1                                30.84      .00       30.84

        REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-ZIV101    ISRAEL VELEZ                 CHK TOTAL:    30.84

NO 042787

J.R.   Insulation Sales & Service        ACCOUNTS PAYABLE    BANCO POPULAR
       DIP-0302056                                           Peñuelas Branch
       PO BOX 10490 PONCE, PR 00732                          Peñuelas, Puerto Rico
       TELS. (787) 836-1756 / 836-1220

Pay    *THIRTY DOLLARS AND 84 CENTS

                                          DATE          AMOUNT
                                          11/07/06    ********30.84*

TO
THE    ISRAEL VELEZ
ORDER
OF                                        AUTHORIZED SIGNATURE

       REORGANIZATION PLAN APPROVED PAYMENT

       *042787* *0215020* *124*0298225*

Insulation Sales & Service

    Thermal Ins./Acid Bricks/Refractories
    Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

        ISRAEL VELEZ
        HC 03 BOX 3444
        HATILLO, PR 00659

INVOICE NO COMMENT                              AMOUNT    DISCOUNT    NET 042786
11/07/06  1                                        6.49        .00         6.49

        REORGANIZATION PLAN APPROVED PAYMENT


11/07/06   00-HOD101   HOME DEPOT                        CHK TOTAL:      6.49

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS.                                    NO  042786

J.R. ◯ **Insulation Sales & Service**      ACCOUNTS PAYABLE   🅱 BANCO POPULAR       101-203
                DIP-0302080                                      Peñuelas Branch         215
        PO BOX 10490 PONCE, PR 00732                            Peñuelas, Puerto Rico
        TELS. (787) 836-1756 / 836-1220

Pay       *SIX DOLLARS AND 49 CENTS

                                                    ┌─── DATE ───┐  ┌─── AMOUNT ───┐
                                                       11/07/06       *********6.49*
TO
THE
ORDER    HOME DEPOT
OF       LA CERAMICA
         CAROLINA

         REORGANIZATION PLAN APPROVED PAYMENT

            ⑈042786⑈  ⑆021502011⑈  124⑈029825⑈

---

◯ Insulation Sales & Service                     UNITED STATES POSTAGE
        Thermal Ins./Acid Bricks/Refractories                   $000.39
        Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732                  0004591149  NOV 09 2006
                                                   MAILED FROM ZIP CODE 00624


                    HOME DEPOT
                    EL TUQUE IND.L PARK
                    STATE HWY 2  KM 0.8
                    PONCE  PR  00731



INVOICE NO COMMENT              AMOUNT-    DISCOUNT    NET    042785
11/07/06  1                             2.03      .00      2.03

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06  00-HERG102  HERIBERTO GONZALEZ      CHK TOTAL:    2.03

---

**J.R.**   **Insulation Sales & Service**    ACCOUNTS PAYABLE    **BANCO POPULAR**    NO. 042785
DIP-0302050                            Peñuelas Branch
PO BOX 10490 PONCE, PR 00732            Peñuelas, Puerto Rico
TELS. (787) 836-1756 / 836-1220

Pay    *TWO DOLLARS AND 3 CENTS

                                    DATE        AMOUNT
                                  11/07/06    *********2.03*

TO
THE
ORDER    HERIBERTO GONZALEZ
OF

                                      AUTHORIZED SIGNATURE

                                      AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042785⑈ ⑆021502011⑆ 124⑈029825⑈

---

**Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39°
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

HERIBERTO GONZALEZ
RUTA 2 BUZON 1404
BO. CARACOLES 3 #791
PEÑUELAS PR 00624

| INVOICE NO COMMENT | | AMOUNT | DISCOUNT | NET | 042784 |
|---|---|---|---|---|---|
| 11/07/06 1 | | 109.50 | .00 | 109.50 | |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-ZHEC009 | HECTOR LOZADA | | CHK TOTAL: | 109.50 |
|---|---|---|---|---|---|

---

NO 042784

J.R. **Insulation Sales & Service**
DIP-0302060
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

**ACCOUNTS PAYABLE**

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

Pay *ONE HUNDRED NINE DOLLARS AND 50 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******109.50* |

TO THE ORDER OF    HECTOR LOZADA

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042784⑆ ⑈02150 2011⑈ 124⑉0 298 25⑈

---

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00924

HECTOR M. LOZADA
PO BOX 698
LAS PIEDRAS PR 00771

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NE 042830 |
|---|---|---|---|
| 11/07/06 1 | 10.05 | .00 | 10.05 |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-ZWI105 | WINOC ROBLES | CHK TOTAL: | 10.05 |

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU/MICR AND MARBLE NUMBERS

**NO** 042830

J.R. **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

■ BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

Pay **TEN DOLLARS AND 5 CENTS**

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ********10.05* |

TO
THE
ORDER
OF
WINOC ROBLES

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042830⑆ ⑆0215020⑈⑆ 124⑈0298 25⑆

Insulation **S**ales & **S**ervice

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39°
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

WINOC ROBLES LEDEY
HC 01 BOX 12597
PEÑUELAS, PR 00624

| INVOICE NO COMMENT | | AMOUNT | DISCOUNT | NET |
|---|---|---|---|---|
| 11/07/06 1 | | 173.20 | .00 | 173.20 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-ZWV001    WILFREDO VEGA          CHK TOTAL:    173.20

---

**ACCOUNTS PAYABLE**                                    NO. 042829

J.R. ⃝ **Insulation Sales & Service**          🔲 **BANCO POPULAR**
DIP-0302050                                      Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                     Peñuelas, Puerto Rico
TELS. (787) 836-1750 / 836-1220

Pay    *ONE HUNDRED SEVENTY THREE DOLLARS AND 20 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******173.20* |

TO
THE      WILFREDO VEGA
ORDER
OF

_Jose E. R_                    AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT            AUTHORIZED SIGNATURE

*042829* *021502011* 124*0298 25*

---

⃝ Insulation **Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement                         $000.39

P.O. BOX 10490, PONCE, P.R. 00732                  02 1P
                                                    0004591149  NOV 09 2006
                                                    MAILED FROM ZIP CODE 00824

WILFREDO VEGA LUGO
HC 01 BOX 4522
CAMINO NUEVO
YABUCOA PR 00767



| INVOICE NO | COMMENT | AMOUNT | DISCOUNT | NET |
| --- | --- | --- | --- | --- |
| 11/07/06 1 | | 9.85 | .00 | 042828 |

REORGANIZATION PLAN PLAN APPROVED PAYMENT

| 11/07/06 | 00-ZWI182 | WILLIAM LEON | CHK TOTAL: | 9.85 |

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND AIRABIC NUMBERS

**ACCOUNTS PAYABLE**

NO 042828

J.R. **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

Pay  *NINE DOLLARS AND 85 CENTS

| DATE | AMOUNT |
| --- | --- |
| 11/07/06 | **********9.85* |

TO
THE
ORDER
OF  WILLIAM LEON

REORGANIZATION PLAN APPROVED PAYMENT

"042828" "021502011" 124"0298 25"

**Insulation Sales & Service**
Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39°
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

WILLIAM LEON RIVERA
URB. PERLA DEL SUR
4427 P.M. CARATINI
PONCE PR 00717



|  | INVOICE NO COMMENT | | AMOUNT | DISCOUNT | NET |
|---|---|---|---|---|---|
| 11/07/06 1 | | | 258.25 | .00 | 258.25 |

11/07/06   00-MAR023   MARCUS CORPORATION          CHK TOTAL:      258.25

---

**ACCOUNTS PAYABLE**

**NO.** 042827

(J.R.)  **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

**Pay**   *TWO HUNDRED FIFTY EIGHT DOLLARS AND 25 CENTS

| | DATE | AMOUNT |
|---|---|---|
| | 11/07/06 | *******258.25* |

TO THE ORDER OF   MARCUS CORPORATION

AUTHORIZED SIGNATURE

*042827* *:02150201 1: 124*0298 25*

---

( ) **Insulation Sales & Service**

Thermal Ins / Acid Bricks / Refractories
Guniting / Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39°
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

MARCUS CORPORATION
10B MATTHEWS DRIVE
EAST HADDAM, CT 06423



INVOICE NO COMMENT      AMOUNT    DISCOUNT    NET   042783

11/07/06   001               24.45      .00     24.45

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-HEC108    HECTOR D. DE LEON          CHK TOTAL:    24.45

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

**J.R.**    **Insulation Sales & Service**     ACCOUNTS PAYABLE    🏦 **BANCO POPULAR**    NO ► 042783
DIP-0302050                           Peñuelas Branch
PO BOX 10490 PONCE, PR 00732           Peñuelas, Puerto Rico
TELS. (787) 836-1756 / 836-1220

Pay    *TWENTY FOUR DOLLARS AND 45 CENTS

                       **DATE**        **AMOUNT**

                       11/07/06     ********24.45*

TO THE ORDER OF    HECTOR D. DE LEON

                       _Jose E. R_    AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈04 2783⑈ ⑆02 150 20 11⑈ 124⑈0 298 25⑈

 **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE

$000.39⁰

PITNEY BOWES

02 1P
0004591149   NOV 09 2006
MAILED FROM ZIP CODE 00624

HECTOR D. DE LEON
PO BOX 958
NAUNABO PR 00707

INVOICE NO COMMENT
11/07/06 1                                          AMOUNT      DISCOUNT      NET 042780
                                                      4.87        .00           4.87

         REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-FRG102    FRANCISCO GONZALEZ              CHK TOTAL:      4.87



WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU BACK AND WHEN NUMBERS

J.R. ( )  Insulation Sales & Service     ACCOUNTS PAYABLE     BANCO POPULAR          NO. 042780
              DIP-0302050                                      Peñuelas Branch
        PO BOX 10490 PONCE, PR 00732                          Peñuelas, Puerto Rico
        TELS. (787) 839-1758 / 836-1220

Pay    *FOUR DOLLARS AND 87 CENTS

                                                DATE            AMOUNT
TO                                            11/07/06        *********4.87*
THE
ORDER
OF    FRANCISCO GONZALEZ                                                        AP

                                              AUTHORIZED SIGNATURE

       REORGANIZATION PLAN APPROVED PAYMENT                                     AP
                                              AUTHORIZED SIGNATURE

        #042780#  #021502011#  124=029825#



Insulation Sales & Service
    Thermal Ins / Acid Bricks/Refractories
    Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

FRANCISCO GONZALEZ
HC 2 BOX 5799
PEÑUELAS PR 00624



INVOICE NO COMMENT
11/07/06 1

REORGANIZATION PLAN APPROVED PAYMENT

AMOUNT      DISCOUNT   NET 042782
12.88          .00      12.88

11/07/06   00-GUI102   GUILLERMO MARRERO          CHK TOTAL:      12.88

J.R. **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1750 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO▶ 042782

Pay    *TWELVE DOLLARS AND 88 CENTS

DATE          AMOUNT
11/07/06      ********12.88*

TO
THE
ORDER
OF      GUILLERMO MARRERO

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

**Insulation Sales & Service**
Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

GUILLERMO MARRERO
HC 01 BOX 8212
PEÑUELAS PR 00624



```
INVOICE NO COMMENT                    AMOUNT -  DISCOUNT  NET  042779
11/07/06  1                             6.72      .00      6.72

        REORGANIZATION PLAN APPROVED PAYMENT




11/07/06  00-ZFL055  FELIX E. LEON              CHK TOTAL:      6.72
```

Warning: original document has microprinting on signature line, safety paper and bleed thru mick and arabic numbers.

J.R. ○ **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1758 / 836-1220

ACCOUNTS PAYABLE

🏦 **BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

**NO** 042779

**Pay**   *SIX DOLLARS AND 72 CENTS

| DATE | AMOUNT |
|------|--------|
| 11/07/06 | *********6.72* |

TO THE ORDER OF   FELIX E. LEON

AUTHORIZED SIGNATURE



AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042779⑆ ⑆021502011⑆ 124⑈029825⑈

---

○ **I**nsulation **S**ales & **S**ervice

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

FELIX E. LEON ORIOL
JARDINES DEL CARIBE
CALLE 38 KK-19
PONCE PR 00731

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET 042778 |
|---|---|---|---|
| 11/07/06 1 | 7.88 | .00 | 7.88 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-ZFC019   FELIX CAMACHO                    CHK TOTAL:        7.88

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU WEIR AND ARABIC NUMBERS

**J.R.** ⬤ **Insulation Sales & Service**     ACCOUNTS PAYABLE     🔲 BANCO POPULAR     **NO** 042778
DIP-0302090                                          Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                    Peñuelas, Puerto Rico
TELS. (787) 836-1756 / 836-1220

Pay     *SEVEN DOLLARS AND 88 CENTS

        ┌                                        ┐     **DATE**          **AMOUNT**

TO                                                              11/07/06   *********7.88*
THE
ORDER   FELIX CAMACHO
OF



└  REORGANIZATION PLAN APPROVED PAYMENT      ┘        AUTHORIZED SIGNATURE

⑈042778⑈ ⑆021502011⑆ 124⑈029825⑈

---

⬤ **Insulation Sales & Service**
Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

FELIX CAMACHO FALCON
URB. CASAMIA
CALLE 2 HC -10
PONCE PR 00732



INVOICE NO COMMENT       AMOUNT-   DISCOUNT   NET 042777
11/07/06 1              12.50      .00      12.50

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-EUG101    EUGENIO GONZALEZ         CHK TOTAL:      12.50

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R.    Insulation Sales & Service      ACCOUNTS PAYABLE     BANCO POPULAR      NO. 042777
      DIP-0302050                             Peñuelas Branch
    PO BOX 10490 PONCE, PR 00732               Peñuelas, Puerto Rico
    TELS (787) 836-1756 / 836-1220

Pay     *TWELVE DOLLARS AND 50 CENTS

                           DATE        AMOUNT
                           11/07/06    ********12.50*

TO
THE
ORDER   EUGENIO GONZALEZ
OF



REORGANIZATION PLAN APPROVED PAYMENT

042777    021502011    124029825

Insulation Sales & Service
Thermal Ins / Acid Bricks / Refractories
Guniting / Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39
02 1P
0004591149   NOV 09 2006
MAILED FROM ZIP CODE 00624

EUGENIO GONZALEZ
HC - 01 BOX 13319
PEÑUELAS PR 00624



```
         INVOICE NO COMMENT                    AMOUNT.  DISCOUNT  NET 042776
11/07/06 001                                    19.71       .00      19.71

         REORGANIZATION PLAN APPROVED PAYMENT



11/07/06   00-ELF103   ESTEBAN LOPEZ FELIX           CHK TOTAL:      19.71
```

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R.  **Insulation Sales & Service**   ACCOUNTS PAYABLE   **BANCO POPULAR**   NO. 042776
DIP-0302050                                              Peñuelas Branch.
PO BOX 10490 PONCE, PR 00732                             Peñuelas, Puerto Rico
TELS. (787) 836-1756 / 836-1220

Pay   *NINETEEN DOLLARS AND 71 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******19.71* |

TO THE ORDER OF   ESTEBAN LOPEZ FELIX



AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042776⑆ ⑆021502011⑆ 124⑆0298250⑆

---



**Insulation Sales & Service**

Thermal Ins. / Acid Bricks / Refractories
Guniting / Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

ESTEBAN LOPEZ FELIX
CORAZON 288-2 CALLE SAN MIGUEL
URB. PARQUES DE GUASINA D7-C9
ARROYO PR 00714



INVOICE NO COMMENT            AMOUNT    DISCOUNT    NET 042775
11/07/06 1                    435.42       .00          435.42

        REORGANIZATION PLAN APPROVED PAYMENT

11/07/06  00-ZED101    ERIC DELGADO MORALES       CHK TOTAL:    435.42

J.R.  ○  Insulation Sales & Service    ACCOUNTS PAYABLE    ▣ BANCO POPULAR    NO. 042775
         DIP-0302050                                         Peñuelas Branch
      PO BOX 10490 PONCE, PR 00732                           Peñuelas, Puerto Rico
      TELS (787) 836-1750 / 836-1220

Pay    *FOUR HUNDRED THIRTY FIVE DOLLARS AND 42 CENTS

                                        DATE           AMOUNT
                                        11/07/06      *******435.42*
   TO
   THE
   ORDER
   OF    ERIC DELGADO MORALES
                                          AUTHORIZED SIGNATURE

                                          AUTHORIZED SIGNATURE

        REORGANIZATION PLAN APPROVED PAYMENT
          ⑈042775⑈ ⑆021502011⑆ 124⑈029825⑈

----

○ Insulation Sales & Service

   Thermal Ins./Acid Bricks/Refractories
   Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

ERIC DELGADO MORALES
BO. MATUYAS BAJO
APARTADO 583
MAUNABO PR 00707

| INVOICE NO COMMENT | | AMOUNT | DISCOUNT | NET 042774 |
|---|---|---|---|---|
| 11/07/06 1 | | 181.20 | .00 | 181.20 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-ZEB100    ELIEZER BONILLA          CHK TOTAL:      181.20

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R. ◯ **Insulation Sales & Service**          ACCOUNTS PAYABLE      ⬛ **BANCO POPULAR**          NO. 042774
DIP-0302050                                                  Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                                 Peñuelas, Puerto Rico          181-283
TELS. (787) 836-1756 / 836-1220                                                             216

Pay    *ONE HUNDRED EIGHTY ONE DOLLARS AND 20 CENTS

|                | DATE | AMOUNT |
|---|---|---|
|                | 11/07/06 | ******181.20* |

TO
THE
ORDER    ELIEZER BONILLA
OF

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042774⑈ ⑆021502011⑆ 124⑈0298250⑈

◯ **I**nsulation **S**ales & **Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

ELIEZER BONILLA SANABRIA
BO. TEJAS
HC 01 BOX 7012
LAS PIEDRAS, PR 00771



```
        INVOICE NO COMMENT                    AMOUNT   DISCOUNT  NET 042773
11/07/06 1                                     7.90       .00        7.90

        REORGANIZATION PLAN APPROVED PAYMENT



11/07/06   00-ZEP101   EDWIN PINA                    CHK TOTAL:    7.90
```

ACCOUNTS PAYABLE

J.R. **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

NO 042773

*Pay* *SEVEN DOLLARS AND 90 CENTS*

DATE 11/07/06     AMOUNT ********7.90*

TO THE ORDER OF   EDWIN PINA

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042773⑆ ⑈021502011⑈ 124⑆029825⑆

---

Insulation **S**ales & Service

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
PITNEY BOWES
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

EDWIN PIÑA
CL-18/6286
QUEBRADA SECA
CEIBA PR 00625

| | INVOICE | NO | COMMENT | | | AMOUNT | DISCOUNT | NET 042771 |
| 11/07/06 | 001 | | | | | 42.31 | .00 | 42.31 |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-DOM102 | DOMINGO TORRES | | CHK TOTAL: | 42.31 |

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED-THRU MICR AND ARABIC NUMBERS

 **J.R.** **Insulation Sales & Service**  **ACCOUNTS PAYABLE**      **BANCO POPULAR**       **NO** 042771
D4P-0302060                                                    Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                           Peñuelas, Puerto Rico
TELS. (787) 836-1756 / 836-1220

Pay    *FORTY TWO DOLLARS AND 31 CENTS

| | **DATE** | **AMOUNT** |
| | 11/07/06 | ********42.31* |

TO
THE
ORDER      DOMINGO TORRES
OF



REORGANIZATION PLAN APPROVED PAYMENT

⑆042771⑆ ⑆021502011⑆ 124⑉029825⑆

---

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39°
02  1P  PITNEY BOWES
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

DOMINGO TORRES
HC 02 BUZON 542
PEÑUELAS PR 00624



```
        INVOICE NO COMMENT                    AMOUNT   DISCOUNT    NET 042770
11/07/06  001                                  4.38        .00        4.38

              REORGANIZATION PLAN APPROVED PAYMENT




11/07/06   00-CON002   CONRADO HERNANDEZ            CHK TOTAL:      4.38
```

J.R.  **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1758 / 836-1220

ACCOUNTS PAYABLE

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

NO> 042770

*Pay*   *FOUR DOLLARS AND 38 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | **********4.38* |

TO THE ORDER OF   CONRADO HERNANDEZ

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042770⑆ ⑈021502011⑇ 124⑉0298 25⑆

---

◯ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624
PITNEY BOWES

CONRADO HERNANDEZ
PO BOX 441
PEÑUELAS PR 00624

| INVOICE NO COMMENT | AMOUNT.- | DISCOUNT | NET | 042769 |
|---|---|---|---|---|
| 11/07/06 001 | 491.76 | .00 | 491.76 | |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-CJI101    CARLOS J. GARCIA          CHK TOTAL:     491.76

---

ACCOUNTS PAYABLE

**J.R.** ⚪ **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1758 / 836-1220

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

NO. 042769
121-207
215

Pay    **FOUR HUNDRED NINETY ONE DOLLARS AND 76 CENTS**

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******491.76* |

TO
THE
ORDER
OF    CARLOS J. GARCIA

_AUTHORIZED SIGNATURE_

REORGANIZATION PLAN APPROVED PAYMENT

⑈042769⑈ ⑆021502011⑆ 124⑈029825⑈

---

⚪ **Insulation Sales & Service**

Thermal Ins. / Acid Bricks / Refractories
Gunniting / Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
PITNEY BOWES
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

CARLOS J. GARCIA VALLADARES
BUREAU OF LEGAL AFFAIRS
18 FLOOR
505 MUÑOZ RIVERA AVE
SAN JUAN PR 00918

INVOICE NO COMMENT                          AMOUNT.    DISCOUNT    NET 042768
11/07/06  1                                  21.39         .00        21.39

        REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-ZCD009    CARLOS DAVILA                    CHK TOTAL:    21.39

---

J.R.   Insulation Sales & Service    ACCOUNTS PAYABLE    BANCO POPULAR    NO. 042768
              DIP-0300060                                Peñuelas Branch
        PO BOX 10490 PONCE, PR 00732                     Peñuelas, Puerto Rico
        TELS. (787) 836-1788 / 836-1220

Pay     *TWENTY ONE DOLLARS AND 39 CENTS

                                              DATE          AMOUNT
                                            11/07/06      ********21.39*
TO
THE
ORDER    CARLOS DAVILA
OF
                                                      AUTHORIZED SIGNATURE    

        REORGANIZATION PLAN APPROVED PAYMENT              AUTHORIZED SIGNATURE

        ⑈042768⑈  ⑆02150201⑈  124⑈0298 25⑈

---

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

CARLOS M. DAVILA
APARTADO 5338
ARROYO, PR  00714

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET 042767 |
|---|---|---|---|
| 11/07/06 1 | 300.64 | .00 | 300.64 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-ZBB001    BOLIVAR BARRETO          CHK TOTAL:    300.64



Insulation Sales & Service          ACCOUNTS PAYABLE          NO. 042767

J.R.          Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

Pay      *THREE HUNDRED DOLLARS AND 64 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******300.64* |

TO THE ORDER OF      BOLIVAR BARRETO



AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042767⑈ ⑆021502011⑉ 124⑈029825⑈

Insulation Sales & Service

Thermal Ins. / Acid Bricks / Refractories
Guniting / Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

BOLIVAR BARRETO
CALLE 25 UU-8
EXT. ALTAVISTA
PONCE  PR  00731

INVOICE NO COMMENT                                    AMOUNT.    DISCOUNT     NE 042766
11/07/06 1                                             240.12         .00        240.12

            REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-ATT072   AT&T WIRELESS                        CHK TOTAL:      240.12



J.R.  ○ Insulation Sales & Service          ACCOUNTS PAYABLE    ▣ BANCO POPULAR      NO. 042766
              DIP-0302050                                          Peñuelas Branch
        PO BOX 10490 PONCE, PR 00732                             Peñuelas, Puerto Rico
        TELS. (787) 636-1758 / 636-1220

Pay    *TWO HUNDRED FORTY DOLLARS AND 12 CENTS

                                                      ┌─ DATE ─┐  ┌─ AMOUNT ─┐
      ┌                                         ┐      11/07/06    *******240.12*
TO
THE
ORDER  AT&T WIRELESS
OF     P.O. BOX 8228
       Aurora              IL 60572-8228                   AUTHORIZED SIGNATURE

                                                          AUTHORIZED SIGNATURE
      └                                         ┘
        REORGANIZATION PLAN APPROVED PAYMENT

          "042766"  :021502011:  124=0298 25"



○ Insulation Sales & Service
        Thermal Ins./Acid Bricks/Refractories
        Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



$000.39
0004691149  NOV 09 2006
MAILED FROM ZIP CODE 00624


AT&T WIRELESS
PO BOX 2882
AURORA, IL 60572-8228



```
          INVOICE NO COMMENT                    AMOUNT     DISCOUNT   NET  042765
11/07/86 001                                       .81          .00         .81

          REORGANIZATION PLAN APPROVED PAYMENT

11/07/86   00-ART104    ARTURO SANTIAGO                    CHK TOTAL:       .81
```

J.R. Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO. 042765

Pay   *ZERO DOLLARS AND 81 CENTS

DATE    11/07/86        AMOUNT   **********.81*

TO
THE
ORDER
OF    ARTURO SANTIAGO

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042765⑆ ⑈021502011⑈ 124⑉0298250⑈

---

Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39°
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

ARTURO SANTIAGO FELICIANO
HC 01 BOX 9511
PEÑUELAS PR 00624



| INVOICE | NO COMMENT | AMOUNT- | DISCOUNT | NET | 042764 |
|---------|-----------|---------|----------|-----|--------|
| 11/07/06 | 1 | 92.50 | .00 | 92.50 | |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-ARC003    ARCO SUPPLY INC.              CHK TOTAL:        92.50

---

**ACCOUNTS PAYABLE**                              NO 042764

J.R.    Insulation Sales & Service        ■ BANCO POPULAR
        DIP-0302050                          Peñuelas Branch
        PO BOX 10490, PONCE, PR 00732        Peñuelas, Puerto Rico
        TELS. (787) 836-1756 / 836-1220

Pay     *NINETY TWO DOLLARS AND 50 CENTS*

                                          DATE          AMOUNT
                                          11/07/06    *******92.50*

TO
THE
ORDER   ARCO SUPPLY INC.
OF      P.O. BOX 10519                    
        SAN JUAN, P.R. 00922-051                      AUTHORIZED SIGNATURE

        REORGANIZATION PLAN APPROVED PAYMENT

        ⑈042764⑈ ⑆021502011⑆ 124⑈029825⑈

---



Insulation Sales & Service

        Thermal Ins./Acid Bricks/Refractories
        Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39°
PITNEY BOWES
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

ARCO SUPPLY, INC.
PO BOX 10519
SAN JUAN  PR  00922-0519

```
        INVOICE NO COMMENT                    AMOUNT-    DISCOUNT   NET  042763
11/07/06  1                                    23.32        .00           23.32

            REORGANIZATION PLAN APPROVED PAYMENT




11/07/06    00-ZAOR100  ANTONIO ORENGO              CHK TOTAL:        23.32
```

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU, VOID AND MAGNETIC NUMBERS

NO. 042763


**J.R.** **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1758 / 836-1220

ACCOUNTS PAYABLE


**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

Pay    *TWENTY THREE DOLLARS AND 32 CENTS

| DATE | AMOUNT |
|------|--------|
| 11/07/06 | *******23.32* |

TO
THE
ORDER   ANTONIO ORENGO
OF

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

└ Reorganization Plan Approved Payment

⑈042763⑈ ⑆021502011⑈ 124⑈0298250⑈

---

Ⓞ **Insulation** S**ales** & S**ervice**

Thermal Ins./Acid Bricks/Refractories
GunIting/Asbestos Abatement

P.O BOX 10490, PONCE, P.R 00732

UNITED STATES POSTAGE
$000.39
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

ANTONIO ORENGO
RUTA 2 BOX 765
PEÑUELAS PR 00624

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET |
|---|---|---|---|
| 11/07/06 1 | 2.00 | .00 | 2.00 |

042762

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-ANG105 | ANGEL SANTIAGO | CHK TOTAL: | 2.00 |

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU INCK AND ARABIC NUMBERS

NO. 042762

J.R. Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

121-231
216

Pay *TWO DOLLARS AND NO CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *********2.00* |

TO THE ORDER OF    ANGEL SANTIAGO

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042762⑈ ⑆021502011⑇ 124⑈029825⑈

---

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

ANGEL L. SANTIAGO
HC 03 BOX 13208
PEÑUELAS PR 00624

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET 042761 |
|---|---|---|---|
| 11/07/06 1 | 47.50 | .00 | 47.50 |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-AIM041 | AIM CARIBBEAN | | CHK TOTAL: | 47.50 |
|---|---|---|---|---|---|

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

**NO.** ► 042761

**ACCOUNTS PAYABLE** ● BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

J.R. ◯ **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

Pay ✳FORTY SEVEN DOLLARS AND 50 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ✳✳✳✳✳✳✳✳47.50✳ |

TO
THE
ORDER
OF    AIM CARIBBEAN

AUTHORIZED SIGNATURE

└ REORGANIZATION PLAN APPROVED PAYMENT

⑈042761⑈ ⑆0215020110⑆ 124⑈029825⑈

◯ Insulation **S**ales & **S**ervice

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

AIM CARIBBEAN
PO BOX 667
POMPANO, FL 33066

INVOICE NO COMMENT                                     AMOUNT  — DISCOUNT    NET   042760
11/07/06  1                                              6.08        .00       6.08

          REORGANIZATION PLAN APPROVED PAYMENT


11/07/06    00-ZAA001    AGREIN ALICEA                      CHK TOTAL:       6.08

---

| J.R.  Insulation Sales & Service | ACCOUNTS PAYABLE | BANCO POPULAR | NO. 042760 |
| DIP-0302050 | | Peñuelas Branch | |
| PO BOX 10490 PONCE, PR 00732 | | Peñuelas, Puerto Rico | 121-001 |
| TELS (787) 836-1756 / 836-1220 | | | 215 |

Pay   *SIX DOLLARS AND 8 CENTS



| | DATE | AMOUNT |
| 11/07/06 | *********6.08* |

TO
THE
ORDER
OF    AGREIN ALICEA


_____ AP
AUTHORIZED SIGNATURE

└ REORGANIZATION PLAN APPROVED PAYMENT          _____ AP
                                                AUTHORIZED SIGNATURE

        *042760*  *021502011*  124=0298252*

---

Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00924

AGREIN ALICEA
HC - 02 BOX 11808
YAUCO  PR  00698

INVOICE NO COMMENT                          AMOUNT    DISCOUNT    NET    042759
11/07/06  1                                  27.87       .00      27.87

          REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-ZEE101    ZEE MEDICAL SERVICE CORP.      CHK TOTAL:    27.87

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS.    NO. 042759

J.R. ○ **Insulation Sales & Service**    ACCOUNTS PAYABLE    **BANCO POPULAR**
          DIP-0302050                                         Peñuelas Branch
      PO BOX 10490 PONCE, PR 00732                            Peñuelas, Puerto Rico
      TELS. (787) 836-1758 / 836-1220

Pay    *TWENTY SEVEN DOLLARS AND 87 CENTS

                                                    DATE         AMOUNT
                                                  11/07/06    ********27.87*

TO
THE
ORDER   ZEE MEDICAL SERVICE CORP.
OF      P.O.  BOX 29449                         _____
        RIO PIEDRAS           PR 00929                AUTHORIZED SIGNATURE

        REORGANIZATION PLAN APPROVED PAYMENT        AUTHORIZED SIGNATURE

        "042759"  :021502011:  124"029825"

---

○ **Insulation Sales & Service**

          Thermal Ins./Acid Bricks/Refractories
          Gunning/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $000.39
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

          ZEE MEDICAL SERVICES CORP
          PO BOX 29449
          SAN JUAN  PR  00929

|  | INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET 042758 |
|---|---|---|---|---|
| 11/07/06 1 | | 35.00 | .00 | 35.00 |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-VIV101 | VIVES EQUIPMENT RENTAL | | CHK TOTAL: | 35.00 |

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU / MICR AND ARABIC NUMBERS

**NO** 042758

ACCOUNTS PAYABLE

**J.R.** Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 636-1756 / 836-1220

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

*Pay* *THIRTY FIVE DOLLARS AND NO CENTS*

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******35.00* |

TO THE ORDER OF

VIVES EQUIPMENT RENTAL
CALL 4 # 34 URB. VIVES
GUAYAMA            PR 00785

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042758⑈ ⑆021502011⑆ 124⑈029825⑈

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
03 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

VIVES EQUIPMENT RENTAL
URB VIVES 34
CALLE 4
GUAYAMA PR 00785

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET |
| --- | --- | --- | --- |
| 11/07/06 1 | 77.17 | .00 | 77.17 |

No. 042757

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-VIL111   VILLA ROSA TEXACO          CHK TOTAL:      77.17

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU NECK AND MAGIC NUMBERS

NO. 042757

**J.R.** **Insulation Sales & Service**          ACCOUNTS PAYABLE          **BANCO POPULAR**
DIP-0302050                                                                    Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                                          Peñuelas, Puerto Rico
TELS. (787) 836-1756 / 836-1220

Pay   *SEVENTY SEVEN DOLLARS AND 17 CENTS

| DATE | AMOUNT |
| --- | --- |
| 11/07/06 | ********77.17* |

TO
THE
ORDER
OF   VILLA ROSA TEXACO
     BOX 996
     Guayama              PR 00785

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042757⑈ ⑆021502011⑆ 124⑈0298025⑈

---

**Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39°
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

VILLA ROSA TEXACO
PO BOX 996
GUAYAMA PR 00785

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET 042756 |
|---|---|---|---|
| 11/07/06 1 | 446.54 | .00 | 446.54 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    08-VIA101    VIA CAR RENTAL                CHK TOTAL:    446.54

---

NO. 042756

**J.R.** ○ **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

■ BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

Pay    *FOUR HUNDRED FORTY SIX DOLLARS AND 54 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******446.54* |

TO THE ORDER OF

VIA CAR RENTAL
SUITE 191 PMC-B-2
CALLE TABONUCO
Guaynabo          PR 00968-3004

REORGANIZATION PLAN APPROVED PAYMENT

AUTHORIZED SIGNATURE

*042756* *021502011* *2402982 5*

---

○ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
PITNEY BOWES
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

VIA CAR RENTAL
SUITE 191 PMC B2
CALLE TABONUCO
GUAYNABO PR 00968-3004

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-TWP101   TWP, INC.                CHK TOTAL:    300.00

---

NO ▶ 042755

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND MAGNETIC NUMBERS.

J.R. ⬭  Insulation Sales & Service          ACCOUNTS PAYABLE    🅿 BANCO POPULAR
                DIP-0302050                                       Peñuelas Branch          101-233
        P.O. BOX 10490 PONCE, PR 00732                           Peñuelas, Puerto Rico       219
        TELS. (787) 836-1758 / 836-1220

Pay    *THREE HUNDRED DOLLARS AND NO CENTS

                                            ┌─────────┐  ┌─────────┐
                                            │  DATE   │  │ AMOUNT  │
                                            └─────────┘  └─────────┘
                                             11/07/06    *******300.00*

TO
THE      TWP, INC.
ORDER    2831 TENTH STREET
OF       BERKELEY          CA 94710

        REORGANIZATION PLAN APPROVED PAYMENT          AUTHORIZED SIGNATURE

⑆042755⑆ ⑈02150201⑈ 124⏞029825⑆

---



Insulation **S**ales & **S**ervice

Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
PITNEY BOWES
$000.39°
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

TWP, INC.
2831 TENTH STREET
BERKELEY  CA 94710

| INVOICE NO | COMMENT | AMOUNT | DISCOUNT | NET |
|---|---|---|---|---|
| 11/07/06 1 | | 15.00 | .00 | 15.00 |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-TUR101 | TURABO TESTING, INC. | CHK TOTAL: | 15.00 |

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

**J.R.** ◯ **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

**▣ BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

**NO** 042754

Pay    *FIFTEEN DOLLARS AND NO CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ********15.00* |

TO
THE
ORDER
OF
TURABO TESTING, INC.
P.O. BOX 6705
CAGUAS          PR 00726-6705

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

*042754* ⑆02150201⑆ 124-029825*

---

◯ Insulation **S**ales & **S**ervice

Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
**$000.39**
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

TURABO TESTING, INC.
PO BOX 6705
CAGUAS, PR 00726-6705

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET 042753 |
|---|---|---|---|
| 11/07/06 1 | 212.00 | .00 | 212.00 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-TOR111   TORRES INTERNATIONAL          CHK TOTAL:     212.00

---

| | ACCOUNTS PAYABLE | **BANCO POPULAR** | NO 042753 |
|---|---|---|---|

J.R. ○ **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

Pay   *TWO HUNDRED TWELVE DOLLARS AND NO CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******212.00* |

TO THE ORDER OF

TORRES INTERNATIONAL
CARRETERA 1 KM 18.4 INT 873
GUAYNABO            PR

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042753⑆ ⑈021502011⑈ 124⑈029825⑈

---

○ Insulation **S**ales & **S**ervice

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

TORRES INTERNATIONAL INC.
RR 3 BOX 3239
SAN JUAN PR 00926



INVOICE NO COMMENT                    AMOUNT.-   DISCOUNT    NET 042752
11/07/06 1                              39.25       .00          39.25

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-TIS002   TISCHER & CO INC.              CHK TOTAL:    39.25

---

J.R. ○ **Insulation Sales & Service**        ACCOUNTS PAYABLE    ■ **BANCO POPULAR**    NO. 042752
         DIP-0302050                                               Peñuelas Branch
         PO BOX 10490 PONCE, PR 00732                              Peñuelas, Puerto Rico
         TELS. (787) 836-1756 / 836-1220

Pay     *THIRTY NINE DOLLARS AND 25 CENTS

                                              ▬ DATE ▬        ▬ AMOUNT ▬
                                              11/07/06        ********39.25*

TO
THE
ORDER     TISCHER & CO INC.
OF        P.O. BOX 9020524
          SAN JUAN           PR 00902-0524         
                                                   AUTHORIZED SIGNATURE

          REORGANIZATION PLAN APPROVED PAYMENT

         ⑈042752⑈ ⑆021502011⑆ 124⑈029825⑈

---

○ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

TISCHER & CO. INC
PO BOX 9020524
SAN JUAN PR 00732

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-SUR101    SUR COPY & FAX SERVICE        CHK TOTAL:      100.00

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R.    **Insulation Sales & Service**          ACCOUNTS PAYABLE    ⓑ BANCO POPULAR          NO▸ 042751
        DIP-0302050                                                    Peñuelas Branch
        PO BOX 10490 PONCE, PR 00732                                   Peñuelas, Puerto Rico
        TELS. (787) 836-1756 / 836-1200

Pay    *ONE HUNDRED DOLLARS AND NO CENTS

                                                      DATE          AMOUNT
                                                    11/07/06    *******100.00*

TO
THE     SUR COPY & FAX SERVICE
ORDER   CALLE VILLA 218 BAJOS
OF      PONCE              PR 00731                  _____
                                                      AUTHORIZED SIGNATURE

        REORGANIZATION PLAN APPROVED PAYMENT.       _____
                                                      AUTHORIZED SIGNATURE

        ⑈042751⑈  ⑆021502011⑈  124⑈029825⑈

---

Ⓞ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39⁰
02  19
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

SUR COPY & FAX SERVICE
218 BAJOS CALLE VILLA
PONCE PR 00731

INVOICE NO COMMENT
11/07/06 1                                    AMOUNT-    DISCOUNT    NET 042750
                                               96.50        .00         96.50

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-SER105   SERVICIO DE GRUAS CARLY      CHK TOTAL:      96.50

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU, MICR AND ARABIC NUMBERS

J.R.  Insulation Sales & Service      ACCOUNTS PAYABLE    BANCO POPULAR    NO. 042750
                DIP-0302050                                 Peñuelas Branch
        PO BOX 10490 PONCE, PR 00732                        Peñuelas, Puerto Rico
        TELS. (787) 836-1756 / 836-1220

Pay    *NINETY SIX DOLLARS AND 50 CENTS

                                              DATE           AMOUNT
                                            11/07/06     *******96.50*
TO
THE
ORDER   SERVICIO DE GRUAS CARLY
OF
                                                          

REORGANIZATION PLAN APPROVED PAYMENT

*042750*  *021502011*  124*029825*

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

SERVICIOS DE GRUAS CARLY
33B REPARTO KENNEDY
PEÑUELAS  PR  00624

| INVOICE NO COMMENT | | AMOUNT | DISCOUNT | NET | 042749 |
|---|---|---|---|---|---|
| 11/07/06 1 | | 442.13 | .00 | | 442.13 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06 00-RUB007 RUBBER & INDUSTRIAL SUPPLIES CHK TOTAL: 442.13

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU VMCR AND ARABIC NUMBERS

**NO** 042749

J.R. **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1758 / 836-1220

ACCOUNTS PAYABLE

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

TR1-202
215

Pay *FOUR HUNDRED FORTY TWO DOLLARS AND 13 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******442.13* |

TO THE ORDER OF
RUBBER & INDUSTRIAL SUPPLIES
FIRM DELIVERY
PENUELAS PR 00624

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042749⑈ ⑆021502011⑆ 124⑈029825⑈

---

Ⓘ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

RUBBER & INDUSTRIAL SUPPLIES
FIRM DELIVERY
CARR. 127
PEÑUELAS PR 00624

INVOICE NO COMMENT                           AMOUNT.   DISCOUNT    NET D042748
11/07/06 1                                   474.90       .00      474.90

        REORGANIZATION PLAN APPROVED PAYMENT


11/07/06   00-RIM101   RIMCO , INC.                    CHK TOTAL:    474.90

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU INK AND HIDDEN NUMBERS

( J.R.  ◯ Insulation Sales & Service )   ACCOUNTS PAYABLE   🅑 BANCO POPULAR        NO. 042748
                    DIP-0302050                               Pañuelas Branch
            PO BOX 10490 PONCE, PR 00732                      Pañuelas, Puerto Rico
            TELS. (787) 836-1756 / 836-1220

Pay    *FOUR HUNDRED SEVENTY FOUR DOLLARS AND 90 CENTS
                                          ┌─── DATE ───┐ ┌─── AMOUNT ───┐
    ┌                              ┐      │  11/07/06  │ │ *******474.90*│
TO
THE
ORDER   RIMCO , INC.
OF      P.O. BOX 362529
        SAN JUAN            PR 00936-2529        Jave G. R
    └                              ┘                AUTHORIZED SIGNATURE

    └─ REORGANIZATION PLAN APPROVED PAYMENT              AUTHORIZED SIGNATURE

        *042748*  *021502011*  124-029825*


( ◯ Insulation Sales & Service )
        Thermal Ins./Acid Bricks/Refractories
        Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

                                        UNITED STATES POSTAGE
                                        $000.39
                                        0004591149  NOV 09 2006
                                        MAILED FROM ZIP CODE 00624


            RIMCO INC.
            PO BOX 362529
            SAN JUAN  PR  00936-2529



| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET | 042747 |
|---|---|---|---|---|
| 11/07/06  1 | 187.60 | .00 | 187.60 | |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06     00-RAF011     RAFPS                    CHK TOTAL:        187.60

---

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS.

**J.R.** Insulation Sales & Service     **ACCOUNTS PAYABLE**     BANCO POPULAR     NO. 042747
DIP-0302050                                              Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                             Peñuelas, Puerto Rico
TELS. (787) 836-1758 / 836-1220

Pay     *ONE HUNDRED EIGHTY SEVEN DOLLARS AND 60 CENTS

|  | DATE | AMOUNT |
|---|---|---|
|  | 11/07/06 | *******187.60* |

TO
THE
ORDER     RAFPS
OF        P.O. BOX 1341
          Las Piedras          PR 00771

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑂042747⑂  ⑉021502011⑉  124⑉029825⑉

---

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

$000.39°
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

RAFPS
PO BOX 1341
LAS PIEDRAS PR 00771



```
         INVOICE NO COMMENT                          AMOUNT-     DISCOUNT     NET 042746
11/07/06 1                                            254.00         .00          254.00


              REORGANIZATION PLAN APPROVED PAYMENT




11/07/06    00-RAC005    RACO EXTERMINATING SERVICE          CHK TOTAL:      254.00
```

J.R. ○ **Insulation** Sales & Service     ACCOUNTS PAYABLE     ▨ BANCO POPULAR     NO▸ 042746
DIP-0302050                                                    Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                                   Peñuelas, Puerto Rico
TELS. (787) 836-1756 / 836-1220

Pay    *TWO HUNDRED FIFTY FOUR DOLLARS AND NO CENTS

|  | DATE | AMOUNT |
|---|---|---|
|  | 11/07/06 | *******254.00* |

TO
THE
ORDER    RACO EXTERMINATING SERVICE
OF       P.O. BOX 335477
         PONCE            PR 00733-5477

         REORGANIZATION PLAN APPROVED PAYMENT

⑈042746⑈ ⑆021502011⑆ 124⑈029825⑈

---



○ **I**nsulation **S**ales & **S**ervice
Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39
02  1P
0004591149   NOV 09 2006
MAILED FROM ZIP CODE 00624

RACO EXTERMINATING SERVICES
PO BOX 335477
PONCE PR 11933-5477



| | INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET | 042745 |
|---|---|---|---|---|---|
| 11/07/06 1 | | 119.32 | .00 | 119.32 | |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-PRA031    PUERTO RICO AUTO SUPPLY    CHK TOTAL:    119.32

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS.

**J.R.** **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO. 042745

Pay    *ONE HUNDRED NINETEEN DOLLARS AND 32 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******119.32* |

TO THE ORDER OF    PUERTO RICO AUTO SUPPLY
ANTONIO R. BARCELO 409
PEÑUELAS                    PR 00624

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042745⑈ ⑆021502011⑈ 124⑆029825⑈


Insulation **S**ales & **S**ervice

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
PITNEY BOWES
$000.39⁰
02  1P
00048011AV NOV 08 2006
MAILED FROM ZIP CODE 00624

PUERTO RICO AUTO SUPPLY
409 ANTONIO R. BARCELO
PEÑUELAS PR 00624



INVOICE NO COMMENT                          AMOUNT_      DISCOUNT      NET 042744
11/07/06  1                                  120.00         .00        120.00

        REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-PRO104    PROSHACADEMY                    CHK TOTAL:      120.00

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU / MICR AND ANSBC NUMBERS.

J.R.  Insulation Sales & Service        ACCOUNTS PAYABLE    BANCO POPULAR      NO. 042744
              DIP-0302050                                   Peñuelas Branch
        PO BOX 10490 PONCE, PR 00732                        Peñuelas, Puerto Rico
        TELS. (787) 636-1756 / 836-1220

Pay     *ONE HUNDRED TWENTY DOLLARS AND NO CENTS

                                                    DATE          AMOUNT
                                                  11/07/06      *******120.00*
TO
THE
ORDER   PROSHACADEMY
OF      APARTADO 191014
        SAN JUAN              PR 00919-1014
                                                  AUTHORIZED SIGNATURE

        REORGANIZATION PLAN APPROVED PAYMENT      AUTHORIZED SIGNATURE

        ⑈042744⑈ ⑈021502011⑈ 124⑈0298 25⑈

Insulation Sales & Service

        Thermal Ins. / Acid Bricks / Refractories
        Guniting / Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

PROSHACADEMY
PO BOX 191014
SAN JUAN PR 00919-1014



INVOICE NO COMMENT                                      AMOUNT    DISCOUNT      NET 042743
11/07/06 1                                              276.17       .00         276.17

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06    00-PRI100    PRIMUS TELECOMMUNICATIONS, INC.    CHK TOTAL:    276.17

J.R.  Insulation Sales & Service        ACCOUNTS PAYABLE    BANCO POPULAR         NO 042743
                DIP-0302050                                   Peñuelas Branch
        PO BOX 10490 PONCE, PR 00732                        Peñuelas, Puerto Rico
        TELS. (787) 836-1756 / 836-1220

Pay    *TWO HUNDRED SEVENTY SIX DOLLARS AND 17 CENTS
                                                    DATE          AMOUNT
                                                  11/07/06      *******276.17*
TO
THE
ORDER    PRIMUS TELECOMMUNICATIONS, INC.
OF       METRO OFFICE PARK
         CALLE 1 EDIF 6 SUIT 202
         GUAYNABO              PR 00988
         REORGANIZATION PLAN APPROVED PAYMENT

        #042743#  #021502011#  124#0298 25#



Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



$000.39
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

PRIMUS TELECOMMUNICATIONS
PO BOX 17418
BALTIMORE, MD 21297



INVOICE NO COMMENT                          AMOUNT.-    DISCOUNT    NET 042742
11/07/06  1                                    33.74        .00        33.74

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-NOR103   NORTHERN SFETY COMPANY, INC.    CHK TOTAL:      33.74

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE. SAFETY PAPER AND BLEED THRU MICR AND HRABC NUMBERS

J.R.   Insulation Sales & Service      ACCOUNTS PAYABLE      BANCO POPULAR      NO. 042742
                DIP-0303050                                    Peñuelas Branch
        PO BOX 10490 PONCE, PR 00732                          Peñuelas, Puerto Rico     021-000
        TELS. (787) 836-1758 / 836-1220                                                 215

Pay    *THIRTY THREE DOLLARS AND 74 CENTS

                                              DATE          AMOUNT
                                            11/07/06     *******33.74*
TO
THE
ORDER   NORTHERN SFETY COMPANY, INC.
OF      PO BOX 4250
        Utica              NY 13504-4250
                                            AUTHORIZED SIGNATURE

    REORGANIZATION PLAN APPROVED PAYMENT
                                            AUTHORIZED SIGNATURE

        ⑈042742⑈ ⑈021502011⑈ 124⑈029825⑈



Insulation Sales & Service

        Thermal Ins./Acid Bricks/Refractories
        Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

                                            UNITED STATES POSTAGE
                                            $000.39º
                                            0004591149  NOV 09 2006
                                            MAILED FROM ZIP CODE 00624

                NORTHERN SAFETY COMPANY, INC.
                PO BOX 4250
                UTICA, NY 13504-4250



| INVOICE NO COMMENT | AMOUNT- | DISCOUNT | NET 042741 |
|---|---|---|---|
| 11/07/06 1 | 79.00 | .00 | 79.00 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-NEG102   NEGRON& NEGRON AIR CONDI-   CHK TOTAL:   79.00

J.R. ● Insulation Sales & Service          ACCOUNTS PAYABLE          ■ BANCO POPULAR          NO 042741
DIP-0302050                                                          Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                                         Peñuelas, Puerto Rico
TELS. (787) 836-1758 / 836-1220

Pay   *SEVENTY NINE DOLLARS AND NO CENTS

DATE          AMOUNT
11/07/06      *******79.00*

TO
THE
ORDER   NEGRON& NEGRON AIR CONDI-
OF      TIONING, INC.
        JARDINES DE PONCE GI-17
        Ponce          PR 00731
        REORGANIZATION PLAN APPROVED PAYMENT

"042741"  "021502011"  124=0298 25"

 Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Gunning/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732



$000.39
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

NEGRON & NEGRON AIR CONDITIONING
GI 17 JARDINES DE PONCE
PONCE PR 00731



INVOICE NO COMMENT                                    AMOUNT    DISCOUNT    NET 042740
11/07/06 1                                              6.65        .00         6.65

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-MART105  MARTINEZ PIEZAS & ACCESORIOS      CHK TOTAL:      6.65

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU/WEB AND ARABIC NUMBERS.

J.R. ⃝  **Insulation Sales & Service**          ACCOUNTS PAYABLE    ▪ BANCO POPULAR          NO. 042740
                DIP-0302090                                          Peñuelas Branch
        PO BOX 10490 PONCE, PR 00732                                 Peñuelas, Puerto Rico       100-002
        TELS. (787) 836-1756 / 836-1220                                                          213

Pay    *SIX DOLLARS AND 65 CENTS

                                                              DATE            AMOUNT
                                                            11/07/06      **********6.65*

TO
THE
ORDER   MARTINEZ PIEZAS & ACCESORIOS
OF      BOX 251                                          _____
        JUANA DIAZ            PR 00795                   AUTHORIZED SIGNATURE

        REORGANIZATION PLAN APPROVED PAYMENT             _____
                                                         AUTHORIZED SIGNATURE

        "042740" ":021502011": 124=029825"

---

⃝ Insulation Sales & Service

    Thermal Ins./Acid Bricks/Refractories
    Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39⁰
02  1P
0004591149   NOV 09 2006
MAILED FROM ZIP CODE 00624

MARTINEZ PIEZAS & ACCESORIOS
PO BOX 251
JUANA DIAZ PR  00795

INVOICE NO COMMENT                                    AMOUNT    DISCOUNT    NET 042737
11/07/06 1                                            112.50        .00         112.50

        REORGANIZATION PLAN APPROVED PAYMENT




11/07/06   00-LAC101   LA CASA DE LAS ESCALERAS          CHK TOTAL:      112.50

---

J.R.  Insulation **S**ales & **Service**           ACCOUNTS PAYABLE    **NO** 042737
              DIP-0302050                          **BANCO POPULAR**
       PO BOX 10490 PONCE, PR 00732                Peñuelas Branch
       TELS. (787) 836-1756 / 836-1220             Peñuelas, Puerto Rico

Pay   *ONE HUNDRED TWELVE DOLLARS AND 50 CENTS

                                                    DATE              AMOUNT
                                                  11/07/06        *******112.50*

TO
THE
ORDER    LA CASA DE LAS ESCALERAS
OF       CALLE ELEANOR ROOSEVELT # 245
         HATO REY,                PR

       REORGANIZATION PLAN APPROVED PAYMENT

       #042737#  :021502011:  124-029825#

---

Insulation **S**ales & **Service**

       Thermal Ins. / Acid Bricks / Refractories
       Guniting / Asbestos Abatement
    P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
00004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

LA CASA DE LAS ESCALERAS
245 CALLE ELEONOR PROOSEVELT
SAN JUAN  PR  00918



INVOICE NO COMMENT                                    AMOUNT    DISCOUNT    NET 042736
11/07/06 1                                            225.00       .00          225.00

                REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-JOS004   JOSEPH BROCCO                  CHK TOTAL:      225.00

---

ACCOUNTS PAYABLE          BANCO POPULAR          NO. 042736
J.R. ○ **Insulation Sales & Service**                Peñuelas Branch
           DIP-0302050                                Peñuelas, Puerto Rico
           PO BOX 10490 PONCE, PR 00732
           TELS. (787) 836-1756 / 836-1220

*Pay*   *TWO HUNDRED TWENTY FIVE DOLLARS AND NO CENTS

                                        DATE              AMOUNT
                                        11/07/06        *******225.00*

TO
THE
ORDER   JOSEPH BROCCO
OF      APARTADO 608
        PENUELAS              PR 00624          

        REORGANIZATION PLAN APROVED PAYMENT

⑈042736⑈ ⑆021502011⑈ 124⑈029825⑈

---

○ **Insulation Sales & Service**

        Thermal Ins./Acid Bricks/Refractories
        Gunning/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

            JOSEPH BROCCO
            PO BOX 608
            PEÑUELAS PR 00624



```
              INVOICE NO COMMENT              AMOUNT.    DISCOUNT  NET    042735
11/07/06 1                                   200.00        .00    200.00

         REORGANIZATION PLAN APPROVED PAYMENT


11/07/06   00-SAN007   JAMES LUGO MEDINA              CHK TOTAL:   200.00
```

ACCOUNTS PAYABLE            NO. 042735

J.R. ◯ Insulation Sales & Service
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 636-1750 / 636-1220

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

Pay   *TWO HUNDRED DOLLARS AND NO CENTS

| DATE | AMOUNT |
|------|--------|
| 11/07/06 | *******200.00* |

TO
THE
ORDER
OF

JAMES LUGO MEDINA
APARTADO 10495
PONCE              PR 00732


AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042735⑈ ⑉021502011⑈ 124⑈029825⑈

---

 Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

JAMES LUGO MEDINA
PO BOX 10495
PONCE PR 00732

| INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET 042734 |
|---|---|---|---|
| 11/07/06 1 | 48.50 | .00 | 48.50 |

REORGANIZATION PLAN APPROVED PAYMENT

| 11/07/06 | 00-J&W101 | J & W MUFFLER SERVICE | CHK TOTAL: | 48.50 |

---

**J.R.**  **Insulation Sales & Service**
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

**ACCOUNTS PAYABLE**

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

**NO** 042734

Pay    *FORTY EIGHT DOLLARS AND 50 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******48.50* |

TO THE ORDER OF    J & W MUFFLER SERVICE



AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

042734  021502011  124 029825

---

**Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

J&W MUFFLER
PO BOX 1263
YAUCO PR 00698

INVOICE NO COMMENT                           AMOUNT   DISCOUNT    NET  042733
11/07/06 1                                   236.74        .00    236.74

        REORGANIZATION PLAN APPROVED PAYMENT

11/07/06  00-ICE015   ICE 4 YOU INC.               CHK TOTAL:    236.74



**ACCOUNTS PAYABLE**        **BANCO POPULAR**        NO. 042733
J.R.    Insulation Sales & Service                   Peñuelas Branch
                DIP-0302050                          Peñuelas, Puerto Rico
        PO BOX 10490 PONCE, PR 00732
        TELS. (787) 836-1758 / 836-1220

Pay     *TWO HUNDRED THIRTY SIX DOLLARS AND 74 CENTS

                                        DATE              AMOUNT
                                      11/07/06        *******236.74*

TO
THE
ORDER   ICE 4 YOU INC.
OF      P.O.BOX 1379                          AUTHORIZED SIGNATURE
        Guayama          PR 00785
                                              Jose E. R    AUTHORIZED SIGNATURE

        REORGANIZATION PLAN APPROVED PAYMENT

          "042733"  :021502011:  124-029825"

Insulation Sales & Service                        UNITED STATES POSTAGE
   Thermal Ins./Acid Bricks/Refractories                  $000.39
   Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732                 02 1P
                                                  0004591149  NOV 09 2006
                                                  MAILED FROM ZIP CODE 00624

                    ICE 4 YOU INC
                    PO BOX 1379
                    GUAYAMA  PR  00785



| INVOICE | NO COMMENT | | AMOUNT | DISCOUNT | NET | 042732 |
|---------|------------|--|--------|----------|-----|--------|
| 11/07/86 | 1 | | 451.37 | .00 | 451.37 | |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/86   00-GUZ004   GUZZLER MFG/VACTOR MFG        CHK TOTAL:    451.37

---

|  | ACCOUNTS PAYABLE | | NO 042732 |
|--|------------------|--|-----------|

 **J.R.** ( **Insulation Sales & Service** )
DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

**BANCO POPULAR**
Peñuelas Branch
Peñuelas, Puerto Rico

Pay   *FOUR HUNDRED FIFTY ONE DOLLARS AND 37 CENTS

| DATE | AMOUNT |
|------|--------|
| 11/07/86 | *******451.37* |

TO
THE
ORDER
OF
GUZZLER MFG/VACTOR MFG
P.O. BOX 71038
Chicago          IL 60694-1038

 AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042732⑈ ⑆021502011⑆ 124⑈029825⑈

---

( ) **Insulation Sales & Service**
Thermal Ins. / Acid Bricks / Refractories
Gunting / Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39°
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

GUZZLER MFG/VACTOR MFG.
PO BOX 71038
CHICAGO, IL 60694-1038



```
               INVOICE NO COMMENT              AMOUNT    DISCOUNT   NET 042731
11/07/06 1                                     25.50        .00       25.50

          REORGANIZATION PLAN APPROVED PAYMENT


11/07/06   00-GRU0090   GRUA MATOS                      CHK TOTAL:    25.50
```

NO 042731

**J.R.** Insulation Sales & Service
DIP-0302050
P.O. BOX 10490 PONCE, PR 00732
TELS. (787) 636-1756 / 636-1220

ACCOUNTS PAYABLE

BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

Pay   *TWENTY FIVE DOLLARS AND 50 CENTS

| DATE | AMOUNT |
|------|--------|
| 11/07/06 | ********25.50* |

TO
THE
ORDER
OF
GRUA MATOS

PENUELAS           PR 00624

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042731⑆ ⑈021502011⑈ 124⑉029825⑈

Insulation Sales & Service

Thermal Ins. / Acid Bricks / Refractories
Guniting / Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

GRUAS MATOS
33B REPARTO KENNEDY
PEÑUELAS PR 00624



```
        INVOICE NO COMMENT                    AMOUNT   DISCOUNT   NET  042730
11/07/06 1                                     85.73        .00        85.73

        REORGANIZATION PLAN APPROVED PAYMENT




11/07/06   00-GEM003   GEMASCO                          CHK TOTAL:     85.73
```

WARNING: ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ANSI/IC NUMBERS.

**J.R.** ⬤ **Insulation Sales & Service**                  ACCOUNTS PAYABLE      🟦 **BANCO POPULAR**                    NO. **042730**
DIP-0302050                                                                      Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                                                     Peñuelas, Puerto Rico
TELS. (787) 836-1756 / 836-1220

**Pay**      *EIGHTY FIVE DOLLARS AND 73 CENTS

|  | DATE | AMOUNT |
| --- | --- | --- |
|  | 11/07/06 | *******85.73* |

TO
THE    GEMASCO
ORDER  ARON CORP. H/N/C GEMASCO
OF     P.O. BOX 1408
       JUANA DIAZ          PR 00795



REORGANIZATION PLAN APPROVED PAYMENT

⑈042730⑈ ⑆02150201⑆: 124⑈0298250⑈

---

⬤ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624




GEMASCO
PO BOX 1408
JUANA DIAZ, PR  00795



INVOICE NO COMMENT
11/07/06 1

AMOUNT 130.67　　DISCOUNT .00　　NET 130.67

NO 042729

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06　　00-DATA101　FUTURE DATA VISION, INC.　　CHK TOTAL: 130.67

J.R. ○ **Insulation Sales & Service**
DIP-0302060
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

○ BANCO POPULAR
Peñuelas Branch
Peñuelas, Puerto Rico

NO 042729

Pay　　*ONE HUNDRED THIRTY DOLLARS AND 67 CENTS

DATE　　AMOUNT
11/07/06　　*******130.67*

TO THE ORDER OF

FUTURE DATA VISION, INC.
7th STEET # 415
ALTURAS DE TORIMAR
Guaynabo　　　　　PR 00969

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042729⑆ ⑆021502011⑆ 124⌐0298250⑆

---

○ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

 

UNITED STATES POSTAGE
$000.39°
02 1P
0004591149 NOV 09 2006
MAILED FROM ZIP CODE 00624

FUTURE DATA VISION, INC
ALT. DE TORRIMAR 415
CALLE 7
GUAYNABO PR 00969



```
         INVOICE NO COMMENT                AMOUNT    DISCOUNT    NET 042728
11/07/06 1                                 86.40        .00      86.40

         REORGANIZATION PLAN APPROVED PAYMENT




11/07/06   00-FOA102   FOAMCEM CARIBE, INC.              CHK TOTAL:      86.40
```

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS.

| J.R. | Insulation **Sales** & **Service** | ACCOUNTS PAYABLE | BANCO POPULAR | NO 042728 |

DIP-0302050
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1758 / 836-1220

Peñuelas Branch
Peñuelas, Puerto Rico

*Pay*   *EIGHTY SIX DOLLARS AND 40 CENTS*

| DATE | AMOUNT |
| 11/07/06 | ********86.40* |

TO
THE
ORDER
OF
    FOAMCEM CARIBE, INC.
    P.O. BOX 13000
    SANTURCE          PR 00908

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042728⑆ ⑆021502011⑆ 124·029825⑆

---


Insulation **Sales** & **Service**

Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39
02 1P
0004561149  NOV 09 2006
MAILED FROM ZIP CODE 00624

FOAM CEM CARIBE, INC.
PO BOX 13000
SAN JUAN  PR  00908



INVOICE   NO COMMENT                          AMOUNT.-    DISCOUNT    NET 042727
11/07/06  1                                     215.33        .00      215.33

      REORGANIZATION PLAN   APPROVED PAYMENT

11/07/06   00-FER111    FERRETERIA  D. T. SULIVERES        CHK  TOTAL:     215.33

J.R.    Insulation Sales & Service          ACCOUNTS PAYABLE      BANCO POPULAR          NO 042727
                DIP-0302050                                       Peñuelas Branch
           PO BOX 10490 PONCE, PR 00732                          Peñuelas, Puerto Rico
           TELS. (787) 836-1756 / 836-1220

Pay    *TWO HUNDRED FIFTEEN DOLLARS AND 33 CENTS
                                                        DATE           AMOUNT
                                                     11/07/06       *******215.33*
TO
THE
ORDER   FERRETERIA  D. T. SULIVERES
OF      P O BOX 1632
        GUAYAMA              PR 08785-1632                AUTHORIZED SIGNATURE

                                                         AUTHORIZED SIGNATURE

     REORGANIZATION PLAN APPROVED PAYMENT
            *042727* *021502011* 124-029825*

Insulation Sales & Service

     Thermal Ins./Acid Bricks/Refractories
     Gunning/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

                                              UNITED STATES POSTAGE
                                                                    PITNEY BOWES
                                              02  1P              $000.39*
                                              0004591149  NOV 09 2006
                                              MAILED FROM ZIP CODE 00624

            FERRETERIA DT SULIVERES
            PO BOX 1632
            GUAYAMA PR 00785-1635



```
        INVOICE NO COMMENT              AMOUNT.-  DISCOUNT    NET 042726
11/07/06 1                                87.50      .00          87.50

       REORGANIZATION PLAN APPROVED PAYMENT




11/07/06   00-FIRI102  F. IRIZARRY & ASSOCIATES        CHK TOTAL:    87.50
```

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS.

J.R. ○  **Insulation Sales & Service**
                DIP-0302050
       PO BOX 10490 PONCE, PR 00732
       TELS. (787) 836-1756 / 836-1220

ACCOUNTS PAYABLE

■ BANCO POPULAR
   Peñuelas Branch
   Peñuelas, Puerto Rico

NO. 042726

Pay    *EIGHTY SEVEN DOLLARS AND 50 CENTS

| DATE | AMOUNT |
|------|--------|
| 11/07/06 | *******87.50* |

TO THE ORDER OF
       F. IRIZARRY & ASSOCIATES
       ING. FREDDIE IRIZARRY
       COMERCIO #35
       PONCE            PR 00731

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042726⑈ ⑆021502011⑆ 124⑈029825⑈

---

○ **Insulation Sales & Service**

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
PITNEY BOWES
$000.39⁰
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

F. IRIZARRY & ASSOCIATES
35 COMERCIO
PONCE PR 00731



| | INVOICE NO COMMENT | AMOUNT | DISCOUNT | NET042725 |
|---|---|---|---|---|
| 11/07/06 | 1 | 200.00 | .00 | 200.00 |

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-FMG101   F & M MAFCO          CHK TOTAL:   200.00

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R.   Insulation Sales & Service     ACCOUNTS PAYABLE     BANCO POPULAR     NO. 042725
DIP-0302050                                              Peñuelas Branch
PO BOX 10490 PONCE, PR 00732                             Peñuelas, Puerto Rico
TELS (787) 836-1756 / 836-1220

Pay   *TWO HUNDRED DOLLARS AND NO CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | ******200.00* |

TO THE ORDER OF
F & M MAFCO
P.O. BOX 816
FRANKFORT          IL 60423

AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑆042725⑆ ⑈021502011⑈ 124⑉029825⑆

---

Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Gunting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39
BY TF
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

F&M MAFCO
PO BOX 816
FRANKFORT, IL 60423



INVOICE NO COMMENT                     AMOUNT    DISCOUNT    NET 042716
11/07/06  001                          68.00        .00         68.00

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-CMM095   CONRADO MANFREDY,ESQ.,C.P.A.    CHK TOTAL:    68.00

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

J.R.  Insulation Sales & Service         ACCOUNTS PAYABLE    BANCO POPULAR    NO 042716
      DIP-0302090                                            Peñuelas Branch
      PO BOX 10490 PONCE, PR 00732                           Peñuelas, Puerto Rico
      TELS. (787) 836-1756 / 836-1220

Pay   *SIXTY EIGHT DOLLARS AND NO CENTS

                                              DATE          AMOUNT
                                            11/07/06     ********68.00*

TO
THE
ORDER     CONRADO MANFREDY,ESQ.,C.P.A.
OF        URB. CONSTANCIA
          1745 PASEO LA COLONIA
          Ponce              PR 00717-2234
          REORGANIZATION PLAN APPROVED PAYMENT
          *042716*  *021502011*  124*029825*

Insulation Sales & Service
      Thermal Ins./Acid Bricks/Refractories
      Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

                                          UNITED STATES POSTAGE
                                          02  1P        $000.39
                                          0004591149  NOV 09 2006
                                          MAILED FROM ZIP CODE 00624

                    CONRADO MANFREDY, ESQ. CPA
                    URB. CONSTANCIA
                    1745 PASEO LA COLONIA
                    PONCE PR 00717-2234



INVOICE NO COMMENT      AMOUNT.   DISCOUNT   NET 042788
11/07/06 1      287.50      .00      287.50

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-CMA094   MANFREDY,CALES & CO.      CHK TOTAL:    287.50

---

J.R.   Insulation Sales & Service     ACCOUNTS PAYABLE    BANCO POPULAR    NO. 042738
DIP-0302050     Peñuelas Branch     Peñuelas, Puerto Rico
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

Pay   *TWO HUNDRED EIGHTY SEVEN DOLLARS AND 50 CENTS

DATE      AMOUNT
11/07/06    *******287.50*

TO THE ORDER OF   MANFREDY,CALES & CO.
F-3 FAGOT AVENUE
PONCE      PR 00731

REORGANIZATION PLAN APPROVED PAYMENT

⑆042738⑆ ⑆02150 2011⑆ 124⑆029825⑆

---

Insulation Sales & Service
Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732

UNITED STATES POSTAGE
$000.39
02 1P
0004591149   NOV 09 2006
MAILED FROM ZIP CODE 00624

MANFREDY, CALES & CO.
URB. CONSTANCIA
1745 PASEO LA COLONIA
PONCE PR 00717-2234



INVOICE NO COMMENT                         AMOUNT-    DISCOUNT    NET
11/07/06 0001                               235.60         .00    235.60

REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-CRI102    CRISTALIA WATER              CHK TOTAL:   235.60

J.R. ○  **Insulation Sales & Service**        ACCOUNTS PAYABLE    ▣ BANCO POPULAR      NO 042719
                                                                  PeNuelas Branch
DIP-0302050                                                       PeNuelas, Puerto Rico.
PO BOX 10490 PONCE, PR 00732
TELS. (787) 836-1756 / 836-1220

Pay   *TWO HUNDRED THIRTY FIVE DOLLARS AND 60 CENTS

                                              DATE          AMOUNT
                                             11/07/06    *******235.60*

TO
THE
ORDER    CRISTALIA WATER
OF       P.O BOX 29106                                    AUTHORIZED          HP
         SAN JUAN          PR 00929
                                                         AUTHORIZED SIGNATURE

REORGANIZATION PLAN APPROVED PAYMENT

⑈042719⑈ ⑈021502011⑈ 124⑈0298 25⑈

----



**Ins**ulation **S**ales & Service

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732


$000.39
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624

CRISTALIA WATER
PO BOX 29106
SAN JUAN  PR  00929



INVOICE NO COMMENT
11/07/06 001                                    AMOUNT    DISCOUNT   NET 042708
                                                 74.20       .00        74.20

            REORGANIZATION PLAN APPROVED PAYMENT

11/07/06   00-ARP071   ARTURO R. PICO VALLS          CHK TOTAL:      74.20

J.R.   Insulation Sales & Service   ACCOUNTS PAYABLE   BANCO POPULAR        NO. 042708
         DIP-0302050
         PO BOX 10490 PONCE, PR 00732
         TELS. (787) 836-1756 / 836-1220

Pay   *SEVENTY FOUR DOLLARS AND 20 CENTS

                                              DATE         AMOUNT
                                           11/07/06    ********74.20*
TO
THE     ARTURO R. PICO VALLS
ORDER   EDIFICIO CENTRAL CARIBE
OF      SUITE 208 2053
        Ponce              PR 00717
        REORGANIZATION PLAN APPROVED PAYMENT        AUTHORIZED SIGNATURE

        ⑆042708⑆ ⑈021502011⑈ 124⑉029825⑆



Insulation Sales & Service

     Thermal Ins./Acid Bricks/Refractories
     Guniting/Asbestos Abatement
P.O. BOX 10490, PONCE, P.R. 00732



UNITED STATES POSTAGE
$000.39°
02 1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00924

          ARTURO R. PICO VALLS
          EDIFICIO CENTRAL CARIBE
          SUITE 208 2053
          PONCE  PR  00717

```
          INVOICE NO COMMENT                    AMOUNT-   DISCOUNT   NET  042772
11/07/06 1                                      438.82       .00         438.82


        REORGANIZATION PLAN APPROVED PAYMENT




11/07/06   00-ERS101   EDDIE ROSA SOTO                    CHK TOTAL:    438.82
```

| | | | NO. 042772 |
|---|---|---|---|
| J.R. ○ Insulation Sales & Service | ACCOUNTS PAYABLE | BANCO POPULAR Peñuelas Branch Peñuelas, Puerto Rico | 120-293 215 |
| DIP-0302050 |
| PO BOX 10490 PONCE, PR 00732 |
| TELS. (787) 836-1756 / 836-1220 |

Pay    *FOUR HUNDRED THIRTY EIGHT DOLLARS AND 82 CENTS

| DATE | AMOUNT |
|---|---|
| 11/07/06 | *******438.82* |

```
TO
THE
ORDER  EDDIE ROSA SOTO
OF
                                          Jose E. R      AP
                                          AUTHORIZED SIGNATURE

                                                         LP
                                          AUTHORIZED SIGNATURE

     REORGANIZATION PLAN APPROVED PAYMENT

        "042772"  :021502011:  124"029825"
```

WARNING ORIGINAL DOCUMENT HAS MICROPRINTING ON SIGNATURE LINE, SAFETY PAPER AND BLEED THRU MICR AND ARABIC NUMBERS

○ Insulation Sales & Service

Thermal Ins./Acid Bricks/Refractories
Guniting/Asbestos Abatement

P.O. BOX 10490, PONCE, P.R. 00732

```
UNITED STATES POSTAGE
                            $000.39⁰
02  1P
0004591149  NOV 09 2006
MAILED FROM ZIP CODE 00624
```

EDDIE ROSA SOTO
HC 01 BOX 5426
ARROYO  PR  00714