# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 03-02050-GAC |
| J.R. INSULATION SALES & SERVICE, INC. | |
| | CHAPTER 11 |
| Debtor | |
| | |
| J.R. INSULATION SALES & SERVICE, INC. | |
| | ADV. NO. 03-00158-GAC |
| Plaintiff | |
| V. | |
| SECRETARY, DEPT. OF TREASURY OF PR, AND SECRETARY, DEPT. OF JUSTICE | |
| Defendants | |
| | |
| SECRETARY OF THE TREASURY OF THE COMMONWEALTH OF PUERTO RICO | ADV. NO. 07-00042-GAC |
| Plaintiff | |
| V. | |
| J.R. INSULATION SALES & SERVICE, INC. | |
| Defendant | |

# JOINT MOTION IN COMPLIANCE WITH
# ORDER TO SHOW CAUSE

**TO THE HONORABLE COURT:**

Come now, Debtor and the Secretary of the Treasury Department of the Commonwealth of Puerto Rico, ("Treasury Department"), through the undersigned attorneys, who respectfully state and pray:

1. In the hearing held on February 13, 2008, the appearing parties informed this Honorable Court that a settlement agreement in resolution of (a) the contested matter related to Debtor's objection to Treasury Department's claim in bankruptcy case number 03-02050-GAC, (b) all issues related to adversary proceeding number 03-00158-GAC, and (c) all issues related to adversary proceeding number 07-00042-GAC. Docket no. 509 of bankr. case no. 03-02050-GAC, docket no. 76 of adv. proc. no. 03-00158-GAC, and docket no. 65 of adv. proc. no. 07-00042-GAC.

2. After the term granted to file the stipulation was extended, on April 9, 2008, this Honorable Court ordered the parties to show cause why the settlement agreement had not been filed. Docket no. 520 of bankr. case no. 03-02050-GAC, docket no. 88 of adv. proc. no. 03-00158-GAC, and docket no. 80 of adv. proc. no. 07-00042-GAC.

3. In compliance therewith, on this same date, Debtor and the Treasury Department are filing the alluded settlement agreement. Furthermore, the parties explain that the resolution of the minor issues related to the final preparation and execution of said settlement agreement required more time and effort than that foreseen by the parties.

4. Based on the above, the parties respectfully request that this Honorable Court deem that its Order to show cause of April 9, 2008 has been complied with.

WHEREFORE, it is respectfully requested from this Honorable Court that it take notice of the aforementioned, and consider that its Order to show cause of April 9, 2008 has been complied with.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 30th day of April, 2008.

| | |
|---|---|
| FRANCISCO R. MOYA HUFF | ACEVEDO & ACEVEDO |
| Attorney for Debtor | Attorneys for the Treasury Department |
| | |
| /s/ Francisco R. Moya Huff | /s/ Juan A. Cuyar Cobb |
| FRANCISCO R. MOYA HUFF | FRANCISCO L. ACEVEDO NOGUERAS |
| USDCPR 130111 | USDCPR 110610 |
| BANCO POPULAR, SUITE 401 | JUAN A. CUYAR COBB |
| 206 TETUAN STREET | USDCPR 212401 |
| SAN JUAN, P.R. 00901-1802 | P.O. BOX 9023905 |
| TEL. 787-723-0714 | SAN JUAN, P.R. 00902-3905 |
| FAX 787-725-3685 | TEL. 787-977-3711 |
| | FAX 787-977-3773 |

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on this same date the foregoing was electronically filed, utilizing the CM/ECF System, which upon information and belief will notify the same to the following:

Monsita Lecaroz Arribas    ustpregion21.hr.ecf@usdoj.gov

In San Juan, Puerto Rico, on this 30th day of April, 2008.

                                      FRANCISCO R. MOYA HUFF
                                      Attorney for Debtor

                                      /s/ Francisco R. Moya Huff
                                      FRANCISCO R. MOYA HUFF
                                      USDCPR 130111
                                      BANCO POPULAR, SUITE 401
                                      206 TETUAN STREET
                                      SAN JUAN, P.R. 00901-1802
                                      TEL. 787-723-0714
                                      FAX  787-725-3685