UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| | * | CASE NO. 03-02050(GAC) |
| J.R. INSULATION SALES & | * | |
| SERVICES, INC. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | |
| ***************************************** | | |
| SECRETARY OF THE TREASURY | * | ADV. PROC. NO.03-00158 |
| OF THE COMMONWEALTH OF | * | |
| PUERTO RICO | * | ADV. PROC. NO. 07-00042 |
| | * | |
| PLAINTIFF | * | |
| | * | |
| VS. | * | |
| | * | |
| J.R. INSULATION SALES & | * | |
| SERVICE, INC. | * | |
| | * | |
| DEFENDANT | * | |
| ***************************************** | | |

## MOTION REQUESTING ENTRY OF ORDER GRANTING THE SETTLEMENT AGREEMENT BETWEEN DEBTORS AND THE DEPARTMENT OF THE TREASURY AND ENTER THE FINAL DECREE

TO THE HONORABLE COURT:

Comes now the undersigned attorney who respectfully states and prays as follows:

1. The Debtors and the Treasury Department entered into a Settlement Agreement on April 30, 2008, Dkt. #523. The Bankruptcy Court entered an Order granting the same unless an objection is filed within 20 day, Dkt. #524.

2. The time period to object to the Settlement Agreement expired on May 21, 2008 and no creditor has filed an objection to the same.

3. Due to the above, the undersigned respectfully requests that the Honorable Court enter an Order approving the Settlement Agreement between the debtors and the Treasury Department.

4. After entering the Order approving the Settlement Agreement, that it enters an Order for the Final Decree of the bankruptcy case.

THEREFORE, it is respectfully requested from this Honorable Court that it enter an Order approving the Settlement Agreement and after entering the Order approving the Settlement Agreement that it enters an Order for the Final Decree.

**I hereby certify:** That on this date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to: US Trustee's Office, 500 Tanca Street, Ochoa Building, Suite 301, San Juan, PR 00901-1922, [ustpregion21.hr.ecf@usdoj.gov](mailto:ustpregion21.hr.ecf@usdoj.gov); and to and JUAN A. CUYAR COBB, ESQ., FRANCISCO L. ACEVEDO NOGUERAS, Department of the Treasury, P.O. Box 9023905, San Juan, PR 00902-3905, [jcc@fcrv.com](mailto:jcc@fcrv.com)

In San Juan, Puerto Rico, this 27 day of May, 2008.

S/ **FRANCISCO R. MOYA HUFF, ESQ.**
USDC 130111
206 Tetuán Street
Banco Popular Building, Suite 401
San Juan, Puerto Rico 00901-1802
Phones: 787-723-0714/ 724-2447
Fax: 787-725-3685
Email: [moyahuff55@prtc.net](mailto:moyahuff55@prtc.net)