IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

J.R. INSULATION SALES & SERVICE, INC

XXX-XX4125

Debtor(s)

CASE NO. 03-02050 GAC

Chapter 11

FILED & ENTERED ON 08/26/2008

### FINAL DECREE

The second amended plan under Chapter 11 of the Bankruptcy Code was filed by the debtor on 3/28/2006 (docket #367), and the Court entered an order confirming the plan on 10/18/2006. This order is final and unappealable. On 11/14/2006, the debtor filed a motion for a final decree and an order closing the case, indicating that notice was given to the U.S. Trustee and to all parties appearing in an attached address list, that they had thirty days to oppose the motion (docket #457). The Court entered an order on 11/15/2006, granting the motion for final decree. It is determined by the Court that:

1. The transfer or other disposition of all or substantially all of the property dealt with by the plan has occurred;

2. The debtor has assumed the operation of the business and management of all or substantially all of the property dealt with by the plan;

3. The deposit, if any, required by the plan has been distributed;

4. The payments under the plan have commenced;

5. The plan has been substantially consummated;

6. All contested matters and adversary proceedings have been resolved; and

7. The estate of the debtor has been fully administered.

IT IS ORDERED THAT:

1. The debtor is released from all dischargeable debts and liabilities, except as provided in the plan and order confirming plan;

2. All adversary proceedings and contested matters are hereby closed except for adversary no. 07-00294. The Court reserves jurisdiction over this proceeding.

3. The estate will remain opened pending resolution of adversary no. 07-00294.

San Juan, Puerto Rico, this 26 day of August, 2008.

Gerardo A. Carlo Altieri
U.S. Bankruptcy Judge