IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

FILED & ENTERED
SEP 0 4 2009
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

| | | |
|---|---|---|
| IN THE MATTER OF | : | |
| J.R. INSULATION SALES & SERVICE, INC., | : | CASE NO. 03-02050 (SEK) |
| DEBTOR IN POSSESSION | : | CHAPTER 11 |

## ORDER

We hereby vacate the Order to Show Cause entered on August 31, 2009, dkt. #535. Banco Popular de Puerto Rico's "Motion to Compel Update From Debtor in Regards to Second Amend Plan Under Chapter 11" (dkt. #534) is moot, as the Final Decree was entered on August 26, 2008. See dkt. #532.

**SO ORDERED**, in San Juan, Puerto Rico, on September 4, 2009.

SARA DE JESUS
U.S. Bankruptcy Judge